



FILED
JAMES BONINI
CLERK

# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

03 DEC 12 PM 4:15

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:01-cv-714 (Weber) |
| **DEFENDANT** RP Known and numbered as 1704 Hidden Hills et.al. Defendants | **TYPE OF PROCESS** sum\|comp\|notice |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
Evelyn M. Schaefer

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
7768 Compton Lake Drive Apt. D Cincinnati, Ohio 45231

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kathleen M. Brinkman
Assistant U.S. Attorney
U.S. Attorney's Office
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

NUMBER OF PROCESS TO BE SERVED IN THIS CASE: 3

NUMBER OF PARTIES TO BE SERVED IN THIS CASE:

CHECK BOX IF SERVICE IS ON USA:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE. (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Please serve notice of this civil forfeiture action on the potential claimant by certified mail, return receipt requested.

Signature of Attorney or other Originator requesting service on behalf of [XX] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NO. 513-684-3711
DATE 11/26/03

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No.
District to Serve No.
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: AFC
DATE: 12-01-03

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN REMARKS, THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 12-05-03
TIME OF SERVICE: 4:45 PM
[X] PM

SIGNATURE, TITLE AND TREASURY AGENCY: AFC

**REMARKS:** ON DECEMBER 2, 2003 THE STATED DOCUMENTS WERE SENT VIA CERTIFIED MAIL, TO EVELYN SCHAEFER. THE RETURN RECEIPT (i.e. GREEN CARD) WAS RECEIVED ON 12-05-03 SHOWING THAT SHE RECEIVED THE CERTIFIED MAIL.

TD F 90-22.48 (6/96)

**WHITE COPY - RETURN TO COURT**

**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 0520 0013 4454 1962

| | |
|---|---|
| Postage | $ 2.44 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.19 |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
EVELYN M. SCHAEFER
Street, Apt. No.; or PO Box No.
7768 Compton Lake Dr., Apt D
City, State, ZIP+ 4
Cincinnati, OH 45231

PS Form 3800, February 2000          See Reverse for Instructions

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

Is your RETURN ADDRESS completed on the reverse side?

3. Article Addressed to:

Evelyn M. Schaefer
7768 Compton Lake Dr.
Apt. D
Cincinnati, OH 45231

4a. Article Number

7000 0520 0013 4454 1962

4b. Service Type
☐ Registered     ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X Evelyn M Schaefer

Thank you for using Return Receipt Service.

PS Form 3811, December 1994      102595-97-B-0179      Domestic Return Receipt