UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LEAD CASE: 1-01-CV-714

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: C-1-01-716 |
| Plaintiff, | : | Judge ~~Spiegel~~ WEBER |
| vs. | : | |
| REAL PROPERTY KNOWN AND NUMBERED AS 2110 ST. LEO PLACE, CINCINNATI, HAMILTON COUNTY, OHIO, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, et al. | : | <u>VERIFIED STATEMENT OF INTEREST OF EVELYN M. SCHAEFER IN REAL PROPERTY KNOWN AND NUMBERED AS 3514 BOUDINOT AVENUE, CINCINNATI, HAMILTON COUNTY, OHIO (DEFENDANT NO. 4)</u> |
| Defendants. | : | |

Now comes Evelyn M. Schaefer, by her counsel, and files the within Verified Statement of Interest asserting a mortgage interest in the real property known and numbered as 3514 Boudinot Avenue, Cincinnati, Hamilton County, Ohio. Contrary to what is alleged on Page 11 of the Affidavit of Elizabeth A. Fleaher, Special Agent with the Cincinnati Investigation Office of the Internal Revenue Service, which is attached to the Complaint for Forfeiture In Rem as Attachment A in the within cause to the effect that there are no known liens or mortgages of record on the property located at 3514 Boudinot Avenue, Cincinnati, Ohio, Evelyn M. Schaefer does hold a Mortgage on said property from George J. Fiorini, II, both individually and as Trustee of the I.G.W. Trust, which Mortgage was recorded at Volume 8649, Page 2506 of the Official Mortgage Records of Hamilton County, Ohio on August 2, 2001. A copy of this Mortgage is attached hereto as Exhibit "A". This Mortgage was given by George J. Fiorini, II as security for a certain Cognovit Promissory Note from Guardian Investments, LLC to Evelyn M. Schaefer in the amount of Sixty Eight Thousand Five Hundred Sixty One and 64/100 Dollars ($68,561.64) dated May 16, 2001 (which Promissory Note was actually an amendment and restatement of Guardian Investments' prior obligations to Evelyn M. Schaefer pursuant to both a Promissory Note dated January 5, 2000 in the amount of $61,561.64 and a Promissory Note

ROGERS & GREENBERG
L.L.P.
ATTORNEYS AT LAW
2160 KETTERING TOWER
DAYTON, OHIO 45423
(937) 223-8171
FAX: (937) 223-1649

1

dated March 4, 2000 in the amount of $7,000.00). Said Promissory Note was guaranteed by George J. Fiorini, II under a Non-Recourse Guaranty of said Note (limiting the enforceability of said Guaranty to the parcel of real estate located at 3514 Boudinot Avenue) a copy of which Non-Recourse Guaranty is attached hereto as Exhibit "B". Evelyn M. Schaefer has since taken a Cognovit Judgment on said Cognovit Promissory Note to her from Guardian Investments in the amount of Sixty Eight Thousand Five Hundred Sixty One and 64/100 Dollars ($68,561.64) in Hamilton County Common Pleas Court, Case No. A0105906 on August 27, 2001, but said Cognovit Promissory Note remains unpaid in its entirety.

Evelyn M. Schaefer asserts no interest in the parcels of real property identified as Defendant 1, Defendant 2 and Defendant 3 in the within cause.

The undersigned, as counsel for Evelyn M. Schaefer, hereby states that the contents of this Verified Statement of Interest are true and correct as he verily believes, and that he has signed this Verified Statement of Interest under penalty of perjury.

Respectfully submitted:

_____
John M. Cloud (0006262)
ROGERS & GREENBERG LLP
2160 Kettering Tower
Dayton, Ohio 45423
Telephone: (937) 223-8171
Facsimile: (937) 223-1649
Email: Jcloud@Rogersgreenberg.com
Attorney for Evelyn M. Schaefer

STATE of OHIO            )
                         )ss:
COUNTY of MONTGOMERY     )

The undersigned, being duly sworn, deposes and states that the foregoing Verified Statement of Interest was signed in my presence by John M. Cloud, Esq., as his true and voluntary act and deed, on this 29th day of December, 2003.

_____
Notary Public

Karen L. Lamb, Notary Public
In and for the State of Ohio
My Commission Expires June 3, 2007

ROGERS & GREENBERG
L.L.P.
ATTORNEYS AT LAW
2160 KETTERING TOWER
DAYTON, OHIO 45423
(937) 223-8171
FAX: (937) 223-1649

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Verified Statement of Interest in property has been served upon Kathleen M. Brinkman, Assistant United States Attorney, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202, attorney for Plaintiff, United States of America, by regular U.S. Mail, on this 29 day of December, 2003.

_____
John M. Cloud

ROGERS & GREENBERG
L.L.P.
ATTORNEYS AT LAW
2160 KETTERING TOWER
DAYTON, OHIO 45423
(937) 223-8171
FAX: (937) 223-1649

3