# **ATTACHMENT D**

Real property known and numbered as 3392 Fiddlers Green Road, Cincinnati, Hamilton County, Ohio, which is further described as follows:

> Situated in Section 32, Town 2, Fractional Range 2, Green Township, Hamilton County, Ohio, and being more particularly described as follows:
>
> From the intersection of the centerline of Fiddlers Green Road with the center line of Leibel Road, North 20° 36' East along the center line of Fiddlers Green Road, 364.25 feet to an angle point; thence continuing along said center line North 5° 3' East 270.76 feet to a point for the place of beginning.
>
> Thence continuing North 5° 31' East along the center line, 66.40 feet to an angle point; thence North 28° 14' East along said center line, 14.74 feet; thence South 84° 29' East, 299.27 feet; thence 5° 31' West, 80 feet; thence North 84° 29' West, 304.96 feet to a point and place of beginning. Containing 0.559 acres.
>
> Prior Deed Reference: Volume 7391, Page 1830 of the Hamilton County, Ohio records.