## ATTACHMENT E

Real property known and numbered as condominium #405, Building B, 9393 Midnight Pass Road, Sarasota, Sarasota County, Florida, which is further described as follows:

> Unit 405. Building B, THE POINTE ON MIDNIGHT PASS, a Condominium according to the Declaration of Condominium recorded in Official Record Book 1090, Page 745, and all amendments thereto, and as per plat thereof recorded in Condominium Book 8, Page 45, of the Public Records of Sarasota County, Florida.
>
> Prior Instrument Number: 1998106493, recorded in the Official Records of the Clerk of Circuit Court, Sarasota, Florida.