UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| PLAINTIFF, : | CASE NO. 1:01-cv-714 |
| : | (consolidated with 1:01-cv-715 |
| V. : | and 1:01-cv-716) |
| : | |
| REAL PROPERTY KNOWN AND : | |
| NUMBERED AS 1704 HIDDEN HILLS : | SENIOR JUDGE WEBER |
| ROAD, NO. 607, GATLINBURG, SEVIER : | |
| COUNTY, TENNESSEE, WITH ALL : | |
| APPURTENANCES, IMPROVEMENTS, : | |
| AND ATTACHMENTS THEREON, et al. : | |
| DEFENDANTS. : | |

**ENTRY OF DEFAULT**

It appearing that all persons and entities, other than Roger Market, Vicki Market, and Evelyn Schaefer, are in default for failure to plead or otherwise defend as required by law:

THE DEFAULT OF ARDEN V. YAKIMOV; SAVE, INC.; AND THE FOLLOWING DEFENDANT PROPERTY ("the subject property"):

1.   Real property known and numbered as 1704 Hidden Hills Road, No. 607, Gatlinburg, Sevier County, Tennessee with all improvements, appurtenances, and attachments thereon (Attachment A);

2.   Real property known and numbered as 2110 St. Leo Place, Cincinnati, Hamilton County, Ohio with all improvements, appurtenances, and attachments thereon (Attachment B);

3.   Real property known and numbered as 5973 Oakapple Drive, Cincinnati, Hamilton County, Ohio with all improvements, appurtenances, and attachments thereon (Attachment C);

4.   Real property known and numbered as 3392 Fiddlers Green Road, Cincinnati, Hamilton County, Ohio with all improvements, appurtenances, and attachments thereon (Attachment D);

5.   Real property known and numbered as Condominium #405, Building B, 9393

Midnight Pass Road, Sarasota, Sarasota County, Florida with all appurtenances, improvements, and attachments thereon (Attachment E); and

6. Real property known and numbered as Condominium #P3, Building B, 9393 Midnight Pass Road, Sarasota, Sarasota County, Florida, with all appurtenances, improvements, and attachments thereon (Attachment F);

IS HEREBY ENTERED as authorized by Fed. R. Civ. P. 55(a), for failure to file a claim and answer, as required by 18 U.S.C. § 983(a)(4) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Date_3/8/04_____                James Bonini, Clerk

                                                     S/Paul Hennessey
                                                     Deputy Clerk
United States District Court
Southern District of Ohio
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202
(513) 564-7500