**ATTACHMENT A**

Real property known and numbered as 1704 Hidden Hills Road, No. 607, Gatlinburg, Sevier County, Tennessee, which is further described as follows:

> SITUATE, LYING AND BEING in the Second (2nd) Civil District of Sevier County, Tennessee, and being within the corporate limits of the City of Gatlinburg, Tennessee, and being known and designated as UNIT NO. 607, BUILDING 2, OF THE LeCONTE TOWERS CONDOMINIUMS, a Horizontal Property Regime, as the same appears on a plat entitled "Condominium Plat of LeConte Towers," of record in Map Book 24, Page 144, and in Map Book 25, Page 78; together with such general and limited common elements and common elements as are appurtenant thereto, as described in the Master Deed of record in Warranty Book 326, Page 491; as re-recorded in Warranty Book 327, Page 724, and Warranty Book 328, Page 282 and as restated and/or amended by Amended and Restated Master Deed dated as of March 29, 1989, of record in Deed Book 418, Page 191, all in the Sevier County Register's Office, to which plat reference is hereby made.
>
> SAID property is subject to the restrictions, covenants, easements, and conditions as set out in the Master Deed of record in Warranty Book 326, Page 491; as re-recorded in Warranty Book 327, Page 724, and Warranty Book 328, Page 282, and as restated and/or amended by Amended and Restated Master Deed dated as of March 29, 1989, of record in Deed Book 418, Page 191, in said Register's Office.
>
> BEING the same property conveyed to Carl Ziesmann, Et Ux, by Warranty Deed from William L. Black, Et Ux, dated June 6, 1994 and of record in Warranty Deed Book 522, Page 102, in the Register's Office of Sevier County, Tennessee.
>
> Prior Deed Reference: Book 1093, Page 782 of the Sevier County, Tennessee records.

# **ATTACHMENT B**

Real property known and numbered as 2110 St. Leo Place, Cincinnati, Hamilton County, Ohio, which is further described as follows:

> Situated in Section 32, Township 3, Fractional Range 2 Millcreek Township, Hamilton County, Ohio, and being more particularly described as follows:
>
> Being all of Lot Number 145 of Fairwood Acres Subdivision, Block "E" as recorded in Plat Book 276, Page 89 & 90 of the Plat Records of Hamilton County, Ohio.
>
> Prior Deed Reference: Volume 5011, Page 14 of the Hamilton County, Ohio records.

## **ATTACHMENT C**

Real property known and numbered as 5973 Oakapple Drive, Cincinnati, Hamilton County, Ohio, which is further described as follows:

> Situate in Section 21, Town 2, Fractional Range 2, Green Township, Hamilton County, Ohio, and being known as Lot No. 43 of Oak Hills Subdivision, Block E, a plat of which is recorded in Plat Book 89 page 28 of the Hamilton County, Ohio Recorder's Office.
>
> Prior Deed Reference: Volume 7873, Page 40 of the Hamilton County, Ohio records.

## **ATTACHMENT D**

Real property known and numbered as 3392 Fiddlers Green Road, Cincinnati, Hamilton County, Ohio, which is further described as follows:

> Situated in Section 32, Town 2, Fractional Range 2, Green Township, Hamilton County, Ohio, and being more particularly described as follows:
>
> From the intersection of the centerline of Fiddlers Green Road with the center line of Leibel Road, North 20° 36' East along the center line of Fiddlers Green Road, 364.25 feet to an angle point; thence continuing along said center line North 5° 3' East 270.76 feet to a point for the place of beginning.
>
> Thence continuing North 5° 31' East along the center line, 66.40 feet to an angle point; thence North 28° 14' East along said center line, 14.74 feet; thence South 84° 29' East, 299.27 feet; thence 5° 31' West, 80 feet; thence North 84° 29' West, 304.96 feet to a point and place of beginning. Containing 0.559 acres.
>
> Prior Deed Reference: Volume 7391, Page 1830 of the Hamilton County, Ohio records.

## **ATTACHMENT E**

Real property known and numbered as condominium #405, Building B, 9393 Midnight Pass Road, Sarasota, Sarasota County, Florida, which is further described as follows:

> Unit 405. Building B, THE POINTE ON MIDNIGHT PASS, a Condominium according to the Declaration of Condominium recorded in Official Record Book 1090, Page 745, and all amendments thereto, and as per plat thereof recorded in Condominium Book 8, Page 45, of the Public Records of Sarasota County, Florida.
>
> Prior Instrument Number: 1998106493, recorded in the Official Records of the Clerk of Circuit Court, Sarasota, Florida.

## **ATTACHMENT F**

Real property known and numbered as condominium #P3, Building B, 9393 Midnight Pass Road, Sarasota, Sarasota County, Florida, which is further described as follows:

> Unit Penthouse 3, Building B, THE POINTE OF MIDNIGHT PASS, a Condominium according to the Declaration of Condominium recorded in Official Record Book 1090, Page 745, and subsequent amendments thereto, and as per plat thereof recorded in Condominium Book 8, Pages 45, 45A and 45B, of the Public Records of Sarasota County, Florida.
>
> Prior Instrument Number: 1998071479, recorded in the Official Records of the Clerk of Circuit Court, Sarasota, Florida.