CLERK'S OFFICE OF THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO 45202-3988

OFFICIAL BUSINESS

Janet Curtis
4075 Twin Lakes C
Dayton, OH



☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER

RTS - RETURN TO SENDER



MAR 08 '04

Janet Curtis
4075 Twin Lakes Circle
Dayton, OH

RECEIVED

MAR 22 2004

JAMES BONINI, Clerk
CINCINNATI, OHIO

## Other Events
1:01-cv-00714-HJW USA v. 1704 Hidden Hills Rd, et al

### U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from ph, entered on 3/8/2004 at 12:24 PM EST and filed on 3/8/2004

**Case Name:** USA v. 1704 Hidden Hills Rd, et al

**Case Number:** 1:01-cv-714

**Filer:** Real Property Known and Numbered as 2110 St Leo Place Cincinnati Hamilton County Ohio

Real Property Known and Numbered as 5973 Oakapple Drive Cincinnati Hamilton County Ohio

Real Property Known and Numbered as 3392 Fiddlers Green Road Cincinnati Hamilton County Ohio

Real Property Known and Numbered as 3514 Boudinot Avenue Cincinnati Hamilton County Ohio

Real Property Known and Numbered as 7641 Wesselman Road Cleves Hamilton County Ohio

Real Property Known and Numbered as 1704 Hidden Hills Road, No. 607, Gatlinberg, Sevier County, TN

Real Property Known And Numbered As Condominium #405 Bldg B 9393 Midnight Pass Road, Sarasota, Sarasota Cty FL, With All Appurtenances, Improvements And Attachments Thereon

Real Property Known And Numbered As Condominium #P3 Bldg B 9393 Midnight Pass Road, Sarasota, Sarasota Cty, FL, With All Appurtenances, Improvements And Attachments Thereon

Real Property Known And Numbered As Condominium #802 Bldg B 9393 Midnight Pass Road, Sarasota, Sarasota Cty, FL, With All Appurtenances, Improvements And Attachments Thereon

Janet Curtis

Kenneth Curtis

**Document Number:** 27

**Docket Text:**

Clerk's ENTRY OF DEFAULT as to Claimants Janet Curtis, Kenneth Curtis, Defendants Real Property Known And Numbered As Condominium #405 Bldg B 9393 Midnight Pass Road, Sarasota, Sarasota Cty FL, With All Appurtenances, Improvements And Attachments Thereon, Real Property Known And Numbered As Condominium #802 Bldg B 9393 Midnight Pass Road, Sarasota, Sarasota Cty, FL, With All Appurtenances, Improvements And Attachments Thereon, Real Property Known And Numbered As Condominium #P3 Bldg B 9393 Midnight Pass Road, Sarasota, Sarasota Cty, FL, With All Appurtenances, Improvements And Attachments Thereon, Real Property Known and Numbered as 1704 Hidden Hills Road, No. 607, Gatlinberg, Sevier County, TN, Real Property Known and Numbered as 2110 St Leo Place Cincinnati Hamilton County Ohio, Real Property Known and Numbered as 3392 Fiddlers Green Road Cincinnati Hamilton County Ohio, Real Property Known and Numbered as 3514 Boudinot Avenue Cincinnati Hamilton County Ohio, Real Property Known and Numbered as 5973 Oakapple Drive Cincinnati Hamilton County Ohio, Real Property Known and Numbered as 7641 Wesselman Road Cleves Hamilton County Ohio (Attachments: # (1) A # (2) B # (3) C # (4) D # (5) E # (6) F) (ph, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/8/2004] [FileNumber=186007-0]
[443404afd27c679fb0679611e5668eec6b7fd69f4991274d1316d520df24f1f405954
292d8a65bc5d98f555ba5a0dc43f4c5578708cd1e4ad5ee34886f48f60b]]
**Document description:** A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/8/2004] [FileNumber=186007-1]
[48fe78438c5b4912fd698d8e46bc87bf1f506c9504c8e4089843a6ee005c72b8887ec
50bf9e17dc00c35cfec5ee4faecc5ae9e2e0ebb0b32b4ac4a4505dd0e9b]]
**Document description:** B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/8/2004] [FileNumber=186007-2]
[9db3028a4b5ce4e4faee6c727e161b28e27d137c56651dbc037582623f4adaabe1970
1f47fe43a3968ba86cb1eacedb6d5999384fdf43a6d3705ec918af4460f]]
**Document description:** C
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/8/2004] [FileNumber=186007-3]
[294beb6043e421fdf46a1d9bf50af90ac761b70f24a546d73c64fd297048041e03403
e91f6cac7d26f2cd80fd09196455f51ddc89a1b1bf2c074c90646f7d717]]
**Document description:** D

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/8/2004] [FileNumber=186007-4]
[2607e4eaa9f0f98215c367e1ec0564192612bbb747f24a887436b628e128a3642ce2a
15c51bf472f7bfc582ce6bc66f29bbddc772f3768ca965b9d089c535227]]
**Document description:** E
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/8/2004] [FileNumber=186007-5]
[1cdf92d30b18ed4ec520284af6b6a216da1a66807bf733514bc52d2857c3dbcf67928
8915249884be94ff0a16f0e7e01c9c9f9d9bc901b18743745dbfb4aa424]]
**Document description:** F
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/8/2004] [FileNumber=186007-6]
[89c3f843f58d1a0acb87021b6f5df3a8dc5eeb3e811ded4c6656f1b06f0f444d8df79
03651e02385897357788f8a74ab6af2af92a9ddd8856357dcc737369051]]

**1:01-cv-714 Notice will be electronically mailed to:**

Kathleen Mary Brinkman    kathleen.brinkman@usdoj.gov,
maryann.arrasmith@usdoj.gov;deborah.grimes@usdoj.gov;michelle.kamphaus@usdoj.go


Richard Jay Goldberg    richjgoldberg@yahoo.com,

**1:01-cv-714 Notice will not be electronically mailed to:**

John Robert Andrews
Schuh & Goldberg
2662 Madison Road
Cincinnati, OH 45208

John Matthew Cloud
Snell, Rogers & Greenberg - 3
2160 Kettering Tower
Dayton, OH 45423

Janet Curtis
4075 Twin Lakes Circle
Dayton, OH

Kenneth Curtis
4075 Twin Lakes Circle

Dayton, OH

Roger Market
3108 Riverview Drive
Eau Claire, WI 54703

Vicki Market
3108 Riverview Drive
Eau Claire, WI 54703

Paul E Schwarz
Adams Stepner Woltermann & Dusing
PO Box 861
40 W Pike Street
Covington, KY 41012-0861

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY KNOWN AND<br>NUMBERED AS 1704 HIDDEN HILLS<br>ROAD, NO. 607, GATLINBURG, SEVIER<br>COUNTY, TENNESSEE, WITH ALL<br>APPURTENANCES, IMPROVEMENTS,<br>AND ATTACHMENTS THEREON, et al.<br>DEFENDANTS. | CASE NO. 1:01-cv-714<br>(consolidated with 1:01-cv-715<br>and 1:01-cv-716)<br><br>SENIOR JUDGE WEBER |

## ENTRY OF DEFAULT

It appearing that all persons and entities, other than Roger Market, Vicki Market, and Evelyn Schaefer, are in default for failure to plead or otherwise defend as required by law:

THE DEFAULT OF ARDEN V. YAKIMOV; SAVE, INC.; AND THE FOLLOWING DEFENDANT PROPERTY ("the subject property"):

1.  Real property known and numbered as 1704 Hidden Hills Road, No. 607, Gatlinburg, Sevier County, Tennessee with all improvements, appurtenances, and attachments thereon (Attachment A);

2.  Real property known and numbered as 2110 St. Leo Place, Cincinnati, Hamilton County, Ohio with all improvements, appurtenances, and attachments thereon (Attachment B);

3.  Real property known and numbered as 5973 Oakapple Drive, Cincinnati, Hamilton County, Ohio with all improvements, appurtenances, and attachments thereon (Attachment C);

4.  Real property known and numbered as 3392 Fiddlers Green Road, Cincinnati, Hamilton County, Ohio with all improvements, appurtenances, and attachments thereon (Attachment D);

5.  Real property known and numbered as Condominium #405, Building B, 9393

Midnight Pass Road, Sarasota, Sarasota County, Florida with all appurtenances, improvements, and attachments thereon (Attachment E); and

6. Real property known and numbered as Condominium #P3, Building B, 9393 Midnight Pass Road, Sarasota, Sarasota County, Florida, with all appurtenances, improvements, and attachments thereon (Attachment F);

IS HEREBY ENTERED as authorized by Fed. R. Civ. P. 55(a), for failure to file a claim and answer, as required by 18 U.S.C. § 983(a)(4) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Date_3/8/04_____                James Bonini, Clerk

                                                S/Paul Hennessey
                                                Deputy Clerk
                                                United States District Court
                                                Southern District of Ohio
                                                324 Potter Stewart U.S. Courthouse
                                                100 East Fifth Street
                                                Cincinnati, Ohio 45202
                                                (513) 564-7500

2

## ATTACHMENT A

Real property known and numbered as 1704 Hidden Hills Road, No. 607, Gatlinburg, Sevier County, Tennessee, which is further described as follows:

> SITUATE, LYING AND BEING in the Second (2nd) Civil District of Sevier County, Tennessee, and being within the corporate limits of the City of Gatlinburg, Tennessee, and being known and designated as UNIT NO. 607, BUILDING 2, OF THE LeCONTE TOWERS CONDOMINIUMS, a Horizontal Property Regime, as the same appears on a plat entitled "Condominium Plat of LeConte Towers," of record in Map Book 24, Page 144, and in Map Book 25, Page 78; together with such general and limited common elements and common elements as are appurtenant thereto, as described in the Master Deed of record in Warranty Book 326, Page 491; as re-recorded in Warranty Book 327, Page 724, and Warranty Book 328, Page 282 and as restated and/or amended by Amended and Restated Master Deed dated as of March 29, 1989, of record in Deed Book 418, Page 191, all in the Sevier County Register's Office, to which plat reference is hereby made.
>
> SAID property is subject to the restrictions, covenants, easements, and conditions as set out in the Master Deed of record in Warranty Book 326, Page 491; as re-recorded in Warranty Book 327, Page 724, and Warranty Book 328, Page 282, and as restated and/or amended by Amended and Restated Master Deed dated as of March 29, 1989, of record in Deed Book 418, Page 191, in said Register's Office.
>
> BEING the same property conveyed to Carl Ziesmann, Et Ux, by Warranty Deed from William L. Black, Et Ux, dated June 6, 1994 and of record in Warranty Deed Book 522, Page 102, in the Register's Office of Sevier County, Tennessee.
>
> Prior Deed Reference: Book 1093, Page 782 of the Sevier County, Tennessee records.

## **ATTACHMENT B**

Real property known and numbered as 2110 St. Leo Place, Cincinnati, Hamilton County, Ohio, which is further described as follows:

> Situated in Section 32, Township 3, Fractional Range 2 Millcreek Township, Hamilton County, Ohio, and being more particularly described as follows:
>
> Being all of Lot Number 145 of Fairwood Acres Subdivision, Block "E" as recorded in Plat Book 276, Page 89 & 90 of the Plat Records of Hamilton County, Ohio.
>
> Prior Deed Reference: Volume 5011, Page 14 of the Hamilton County, Ohio records.

## **ATTACHMENT C**

Real property known and numbered as 5973 Oakapple Drive, Cincinnati, Hamilton County, Ohio, which is further described as follows:

> Situate in Section 21, Town 2, Fractional Range 2, Green Township, Hamilton County, Ohio, and being known as Lot No. 43 of Oak Hills Subdivision, Block E, a plat of which is recorded in Plat Book 89 page 28 of the Hamilton County, Ohio Recorder's Office.
>
> Prior Deed Reference: Volume 7873, Page 40 of the Hamilton County, Ohio records.

## **ATTACHMENT D**

Real property known and numbered as 3392 Fiddlers Green Road, Cincinnati, Hamilton County, Ohio, which is further described as follows:

Situated in Section 32, Town 2, Fractional Range 2, Green Township, Hamilton County, Ohio, and being more particularly described as follows:

From the intersection of the centerline of Fiddlers Green Road with the center line of Leibel Road, North 20° 36' East along the center line of Fiddlers Green Road, 364.25 feet to an angle point; thence continuing along said center line North 5° 3' East 270.76 feet to a point for the place of beginning.

Thence continuing North 5° 31' East along the center line, 66.40 feet to an angle point; thence North 28° 14' East along said center line, 14.74 feet; thence South 84° 29' East, 299.27 feet; thence 5° 31' West, 80 feet; thence North 84° 29' West, 304.96 feet to a point and place of beginning. Containing 0.559 acres.

Prior Deed Reference: Volume 7391, Page 1830 of the Hamilton County, Ohio records.

## ATTACHMENT E

Real property known and numbered as condominium #405, Building B, 9393 Midnight Pass Road, Sarasota, Sarasota County, Florida, which is further described as follows:

> Unit 405. Building B, THE POINTE ON MIDNIGHT PASS, a Condominium according to the Declaration of Condominium recorded in Official Record Book 1090, Page 745, and all amendments thereto, and as per plat thereof recorded in Condominium Book 8, Page 45, of the Public Records of Sarasota County, Florida.
>
> Prior Instrument Number: 1998106493, recorded in the Official Records of the Clerk of Circuit Court, Sarasota, Florida.

## **ATTACHMENT F**

Real property known and numbered as condominium #P3, Building B, 9393 Midnight Pass Road, Sarasota, Sarasota County, Florida, which is further described as follows:

> Unit Penthouse 3, Building B, THE POINTE OF MIDNIGHT PASS, a Condominium according to the Declaration of Condominium recorded in Official Record Book 1090, Page 745, and subsequent amendments thereto, and as per plat thereof recorded in Condominium Book 8, Pages 45, 45A and 45B, of the Public Records of Sarasota County, Florida.
>
> Prior Instrument Number: 1998071479, recorded in the Official Records of the Clerk of Circuit Court, Sarasota, Florida.