|  |  |
|---|---|
| United States District Court<br>Federal Pretrial System<br><br>**PERMISSION TO TRAVEL** | Address of Pretrial Office<br><br>301 Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202-3980 |

Date: January 14, 2004

**George J Fiorini**
**7641 Wesselman Road**
**Cleves, OH 45002**



YOU ARE AUTHORIZED TO TRAVEL TO **Richmond, Indiana**

LEAVING 01/17/2004 AND RETURNING 01/17/2004.

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE

PURPOSE OF THIS TRIP:   **visit Tim Cummings, pastor of New Creations church, and an oil change at Studebaker Buick, Pontiac, GMC, Inc.**

SPECIAL INSTRUCTIONS: (include requirements of criminal registration ordinances in travel area. Also include instructions for reporting in destination district.)

Contact Pretrial Services if you receive any citations or arrests, or have any contact with law enforcement. Contact Pretrial Services on Tuesday January 20, 2004.

_____
**Todd C. Morris**
UNITED STATES PRETRIAL OFFICER

**Exhibit B**

HAL ARENSTEIN
ATTORNEY AT LAW
THE CITADEL - 114 East 8th St.
Cincinnati, OHIO 45202
FAX: (513) 651-5688
DATE: 01-08-04  Time 4:57 AM

Dear HAL,

On January, THE SEVENTH, 2004 (01-08-04) I FAXed to your office, 133 pages, maybe more maybe less, of my statement of facts, along with motions certified and filed for Judge Rose.

The Prosecutors also have a copy. These facts are so vital, I demand you study them before you have a meeting with the Prosecutors. This preparation will be in your best need.

P.S. I hope you and I can come to an agreement.

Sincerely,

George J. Fiorini



# LAW OFFICES
# ARENSTEIN & GALLAGHER

HAL R. ARENSTEIN
WILLIAM R. GALLAGHER*

THE CITADEL
114 EAST EIGHTH STREET
CINCINNATI, OHIO 45202

TELEPHONE (513) 651-5666
FACSIMILE (513) 651-5688

*ALSO ADMITTED IN ILLINOIS

January 16, 2004

George Fiorini
76411 Wesselman Road
Cleves, Ohio 45002

RE: *U.S.A. v. Fiorini*

Dear Mr. Fiorini:

    As you recall, I have been appointed by the Judge to represent you in the above captioned matter. There is a hearing scheduled in your case on January 24, 2004 at 4:00 p.m. before Judge Rose in Courtroom 2. You will need to be there for the hearing. Please contact me upon receipt of this letter to confirm you will be present at the hearing.

Very truly yours,

Hal R. Arenstein

HRA/pa



**Exhibit C**

LAW OFFICES
# ARENSTEIN & GALLAGHER

HAL R. ARENSTEIN
WILLIAM R. GALLAGHER*

THE CITADEL
114 EAST EIGHTH STREET
CINCINNATI, OHIO 45202

TELEPHONE (513) 651-5666
FACSIMILE (513) 651-5688

*ALSO ADMITTED IN ILLINOIS

January 16, 2004

George Fiorini
76411 Wesselman Road
Cleves, Ohio 45002

RE: *U.S.A. v. Fiorini*

Dear Mr. Fiorini:

As you recall, I have been appointed by the Judge to represent you in the above captioned matter. There is a hearing scheduled in your case on January 24, 2004 at 4:00 p.m. before Judge Rose in Courtroom 2. You will need to be there for the hearing. Please contact me upon receipt of this letter to confirm you will be present at the hearing.

Very truly yours,

Hal R. Arenstein

HRA/pa

**(1) EXHIBIT D**

Aug 13 2003 9:57AM   WELLSPRING GROUP   4640185   p.

As an added benefit Wellspring will gift the business owner of this contract one (1) Shared Profit Entry for every two hundred dollars ($200.00) that we pay under this contract.

This agreement constitutes the entire agreement between the parties and supercedes any other verbal or written agreements.

This agreement is binding on the heirs, assignees, or successors to either party.

This agreement may only be amended or modified by mutual and written consent of both parties to it.

This agreement is written pursuant to the laws of the State of Vermont. Any actions to enforce or dispute any provisions included in the agreement must be undertaken in the State of Vermont.

THIS ENROLLMENT Form and Agreement is hereby executed by the Applicant Company on the 22 day of JULY, 2003.

Applicant Company

by: GEORGE FIORINI / OWNER
(print name and title)

THIS ENROLLMENT for and Agreement is hereby accepted and executed by Wellspring Capital Group INC. on the 29th day of July, 2003

Wellspring Capital Group INC.

(Authorized Representative)

The First Payment will be Deposited

3rd day of October, 2003

Marketing Representative Certification:

As an approved marketing representative of Wellspring Capital Group INC and/or SharedProfitCity, L.L.C. I, the undersigned, certify that the full scope of the Payroll Replacement Plan has been explained to the Applicant Company and that I have personally prepared and/or reviewed it and the attached Schedule A for accuracy and completeness.

Marketing Representative

PHIL R. SMITH
(PRINT NAME)

Representative ID: W2002617154058-61273  3706     Date: July 22, 2003

(2) EXHIBIT D

# SHARED PROFIT REWARDS PROGRAM (SRP)

GMNV CORPORATION

| WEEK | BENEFIT |
|---|---|
| 17 WEEKS | $6.25 |
| 17 WEEKS | $12.50 |
| 17 WEEKS | $25.00 |
| 17 WEEKS | $50.00 |
| 17 WEEKS | $100.00 |
| 17 WEEKS | $200.00 |
| 17 WEEKS | $400.00 |
| 17 WEEKS | $800.00 |
| 17 WEEKS | $1,600.00 |
| 17 WEEKS | $3,200.00 |

| TOTAL BENEFIT | $6,393.75 |
|---|---|

| X SRP TOTAL AWARD | 537 |
|---|---|

| TOTAL SRP VALUE | $3,433,443.70 |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Judge Weber and Daniel J. Pieschel this 28th day of April 2004.

George J. Fiorini, II, pro se
7641 Wesselman Road
Cleves, Ohio 45002
Ph. (513) 353-9797
Fax.(513) 353-9747