FILED
JAMES BONINI
CLERK

04 APR 28 PM 3:17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

V.

George J. Fiorini II,

    Affiant.

CASE NO. C-1-01-714

JUDGE WEBER

STATEMENT OF FACTS

Affidavit of George J. Fiorini, II

Being duly sworn, affiant states:

CLAIM, FOR THE TRUTH OF THE OATH IS WITH THE CLAIM OF THE FACTS

---

Today, I, George J. Fiorini, come before this Court and ask that my family and I be set free from a nightmare that seems to have no end. The Government has investigated me and my family for several years now, and have yet given me my day in Court to prove my innocence.

I have been harassed and humiliated by the Prosecutors and even here today they seek to throw me in jail, to force me to break and sign a plea bargain to something I did not do.

The truth in this matter should be stated by all to hear, the Prosecutors do not have a case against me. If they did we would not have missed my Court trial set October 21st., 2003 and they would not have needed superseding indictments from events that took place only a few months ago to bolster a case that took place years ago. I did nothing wrong in the original indictments, nor did I do anything wrong in the second indictment, and the Prosecutors know it.

If anyone has done anything wrong in my case, this Court should look at the Government and the fact that they sold a collection of automobiles and boat of mine for several hundreds of thousands of dollars less than they were worth. The problem I have

with this sale, other than the loss in value, is that if I don't sign a plea and we go to Court and I'm found innocent, the Government will owe me for what I have lost in value and an explanation as to who ended up with my property.

We also have a matter with my Court appointed attorney and his desire to remove himself from my case. Indeed, he and I have a problem, he has done very little if anything, to defend me after all the years he's had my case. Instead of us wasting this Courts valuable time in arguing which side is right in this matter, a simple review of my attorney's case file on me should show whether a real effort has been made to defend me in this case.

In addition, this Court should look at the Prosecutor's case file and see if they were ready to go to Court in November and if they were not, it should be obvious that the latest set of indictments were done to cover the fact that they did not have a case and needed something to try and force me into jail until I plead guilty to something.

I ask this Court to recognize the cruel and unusual punishment being applied to me and my family and stop it now. We have done nothing wrong and are citizens of the United States and deserve better treatment by our Government.

The remedy I seek of this Court today, is that a complete review of how my case has been handled and that my family and I be set free from this misguided investigation and persecution.

Respectfully submitted,

*[signature: George J. Fiorini II]*
George J. Fiorini, II
7641 Wesselman Road
Cleves, Ohio 45002

BE IT ACKNOWLEDGED, that George J. Fiorini, II the Undersigned deponent, being of legal age does hereby depose and say under oath as follows (or as set forth on the signed addendum annexed and incorporated herein):

Witness my hand under the penalties of perjury this the eighteenth day of December, 2003.

*[signature]*

State of Ohio

County of Hamilton

Then personally appeared

Who acknowledged the foregoing, before me

*[signature: Heidi L. Greer]*

Notary Public

My Commission Expires:

HEIDI L. GREER
Notary Public
State of Ohio
My Commission Expires December 19, 2007

Certificate of Service

I hereby Certify that A copy of the foregoing was Served upon John DiPuccio Assistant U.S. Attorney. December 18th, 2003

George J. Fiorini II
*[signature]*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Judge Weber and Daniel J. Pieschel this 28th day of April 2004.

George J. Fiorini, II, pro se
7641 Wesselman Road
Cleves, Ohio 45002
Ph. (513) 353-9797
Fax. (513) 353-9747