FILED
JAMES BONINI
CLERK

04 APR 28 PM 3:08

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DISTRICT

CASE NO. C-1-01-714

UNITED STATES OF AMERICA

V.

JUDGE WEBER

GEORGE J. FIORINI, II

STATEMENT OF FACTS

Affidavit of George J. Fiorini, II.

Being duly sworn, affiant states:

CLAIM, FOR THE TRUTH OF THE OATH IS WITH THE CLAIM OF THE FACTS

-------------------------------------------

Isn't it true that George J. Fiorini, II, ( hereafter referred to as Fiorini ) was born in the United States of America on July 16, 1949.

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini   is a resident of Hamilton County, Cleves, Oh.

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini resides at 7641 Wesselman Rd. Cleves, Ohio?.

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini was born in and has resided in Cincinnati, Ohio for 54 years?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has always been considered an outstanding citizen in his community?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has always been respected for his character, reputation and integrity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has always taken responsibility for his commitments and his obligations?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not a criminal organization?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not a cult?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini does not engage in criminal activities?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not a criminal enterprise?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not a criminal enterprise that in many ways mirrors a legitimate business?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is a legitimate lawful business that requires employees, equipment, and cash flow to operate?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not a criminal enterprise or organization which generates its profits or gross proceeds from criminal or illegal activities?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not a criminal enterprise requiring employees, equipment, and cash flow to operate?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. is a legitimate Nevada corporation?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. was formed and incorporated June 19, 2001?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the GMNV Corp. has an Employer Identification Number 31-1783611?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. was structured and set up by Corporation Makers Inc.?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. was developed by Corporation Makers Inc. which is a legitimate company that specializes in the formation of businesses and corporations?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Corporation Makers Inc. is located at 1900 Sierra Oaks, Las Vegas Nevada, 89134?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Corporation Makers Inc. authorized the Articles of Incorporation for The GMNV Corp. on June 19, 2001?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Corporation Makers Inc. filed The Articles of Incorporation for The GMNV Corp. with the Secretary of State, Dean Heller, 101 North Carson St. Suite 3, Carson City, Nevada 89701 (775) 684- 5708?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. is an active corporation?

If no answer is forthcoming, **the default answer is** yes it is true.

.Isn't it true that GMNV Corp. is a legitimate active corporation renewable again on June 19, 2004?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Corporation Makers Inc. was founded by Joel Schnur, Principal, who has 30+ years of experience?

If no answer is forthcoming, **the default answer is** yes it true.

Isn't it true that Nevada offers more advantages to corporations than other states?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corporation does not share information with the IRS or other outside agencies?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corporation's annual fees are among the lowest?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corporation's privacy is to be respected?

If no answer is forthcoming, **the default answer is** yes it true.

Isn't it true that Stockholders, Directors, and Officers, disclosures, can be blocked from public access?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corporation is not required to hold meetings and activities in the State of Nevada?

If no answer is forthcoming, **the default answer is** yes it is true

Isn't it true that Owners, Officers and Directors of a Nevada Corporation are protected from personal liability?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Nevada does not tax the income of corporations or individuals?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Directors of a Nevada Corporation do not have to be stockholders?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corporation can hold, purchase, transfer or sell its own stock?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corporation is virtually free to engage in any legal activity including issuing of stock for property, land, leases, services, etc.?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the State of Nevada is friendly to businesses and minimizes taxes, regulations, and oversight of the corporate entity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. is established in accordance with The Nevada Statues?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. was properly established in accordance with its specific needs?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corp. does not require its owners to have residence in Nevada or for that matter, The United States?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corp. allows Owners to come and go, live and die, but the corporation lives on as long as it meets the requirements of the State?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corp. allows Owners, Officers and Directors to be protected from the liabilities of the corporation?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that all liabilities remain the corporation's responsibility when a corporation is incorporated in the State of Nevada?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada corporation specifies that the Directors, Owners, and Officers will not be faced with lawsuits or seizures of personal assets resulting from the corporation's activities?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Nevada is an avid pro-business state as such; corporations and individuals do not incur state income taxes?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Nevada offers an umbrella of privacy and resists any attempts to exchange information with outside agencies, including the I.R.S?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Nevada is the only state that offers the extent of respect and privacy of business which is why so many celebrities and notable individuals incorporate in Nevada?

.If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada corporation allows one person to hold all offices?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corporation specifies that the same individual may be President, Treasurer, Secretary and Director?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corporation only requires one Director?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corporation does not require notification of intervening changes?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada corporation allows for operation of the corporation from a personal residence?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that a Nevada Corporation allows for personal assets to be given, loaned, or rented to the Nevada Corporation?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that George Fiorini made personal loans to the GMNV Corp. a Nevada corporation?

If no answer is forthcoming, **the default answer is** yes it is true?

Isn't it true that the loans made to the GMNV Corp. from George Fiorini were derived from lawfully obtained funds?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that George Fiorini lawfully made loans to the legitimate GMNV Corp.?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. is a lawfully abiding corporation?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that loans made to the GMNV Corp. from Vicki G. Fiorini were derived from lawfully obtained funds?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that all assets belonging to the GMNV. Corp was obtained with lawfully obtained funds?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. entered into a lawfully binding contractual agreement with Wellspring Capital Group, INC.?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. had knowledge that Wellspring Capital Group, INC. intended to honor the contractual agreements?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. had knowledge that Wellspring Capital Group, INC. had a history of 100% performance on their contracts?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. had knowledge that Wellspring Capital Group, INC. had preformed specifically on over 22,500 ( TWENTY TWO THOUSAND FIVE HUNDRED) contractual agreements?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. had knowledge that Wellspring Capital Group INC. had a history of never receiving even a single complaint?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. had every reason to believe that Wellspring Capital Group INC. would perform specifically per their mutual lawful contractual agreements?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that GMNV Corp. was introduced to Wellspring Capital Group INC. by his pastor and friend, Reverend Tim Cummings of New Creation Christian Center, who himself held contractual agreements with Wellspring Capital Group INC?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that New Creation Christian Center is located on a parcel of property that bridges the State line between Ohio and Indiana?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Reverend Tim Cummings introduced GMNV Corp. to Phil Smith, who prepared the contractual agreements between Wellspring Capital Group, INC. and GMNV Corp?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Phil Smith questioned GMNV Corp. as to their preference of banking relationships?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Phil Smith questioned GMNV Corp. about the potential of banking with U.S. BANK?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini responded that he had prior positive banking relationships with U.S. BANK?

If no answer is forthcoming, **the default answer is** yes it is true

Isn't it true that Phil Smith then suggested that a U.S. Bank was right down the street?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Phil Smith stood up and pointed out the window towards the U.S.Bank? ,

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini could see the Red, White and Blue, U.S.Bank Sign?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Phil Smith directed Mr. Fiorini to go to the U.S.BANK and open an account for the purpose of executing the contractual agreements between GMNV Corp. and Wellspring Capital Group?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini opened an account with U.S. BANK on July 22, 2003 for GMNV Corp. for the purpose of executing the contractual agreements between GMNV Corp. and Wellspring Capital Group?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr.Fiorini returned to the office at the New Creations Christian Center, where Phil Smith and Reverend Tim Cummings were waiting for his return from U.S. Bank?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini then handed the consideration payment to Phil Smith for the purpose of executing the contractual agreements between GMNV Corp. and Wellspring Capital Group INC.?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini committed no wrong doing by opening an account for GMNV Corp. with U.S.BANK?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Phil Smith suggested that Mr. Fiorini introduce himself to Tom Shiverdecker, at The Studebaker, Buick-Pontiac GMC, INC. Car Dealership while he was in the neighborhood?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Studebaker Dealership was right down the street from the U.S.BANK?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Phil Smith suggested that Mr. Fiorini meet with Tom Shiverdecker because Tom had many customers who had entered into contractual agreements with Wellspring Capital Group INC?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr.Fiorini went to the dealership and introduced himself to Tom Shiverdecker?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Tom Shiverdecker shared details relating to the many satisfied customers, including his personal secretary, who have entered into contractual agreements with Wellspring Capital Group INC.?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that The Studebaker Dealership sold many automobiles to customers who were using contractual agreements with Wellspring Capital Group INC. to make their car payments?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr.Fiorini felt very comfortable about his decision to enter into contractual agreements with Wellspring Capital Group INC. as a result of his conversation with Tom Shiverdecker?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini felt very comfortable about The Studebaker Dealership and Tom Shiverdecker that he told his family and friends about the positive experience he had encountered?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini was contacted by his friend and client, Doris Ring, who wished to purchase Coral Calcium from Mr.Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring had read in The Cincinnati Enquirer that Mr. Fiorini was a supplier of Coral Calcium?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring requested Mr. Fiorini to send her the label on the bottle so that she could present it to her Doctor for his approval?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini immediately honored her request and sent her the label which listed all ingredients?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring called Mr. Fiorini back to request an order of Coral Calcium?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini honored her request?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini asked Doris Ring if she knew of anyone who was in the market for a new or used car, since he was very excited about the information he had just learned from The Studebaker Dealership?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring replied that she, herself, was indeed in need of a new or used car?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini shared with Doris Ring the information that he had discovered?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring wanted to complete an application for a preliminary loan approval?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the application that Doris Ring submitted was approved by the lender?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini offered to drive Doris Ring personally to the Studebaker Dealership and introduce her to Tom Shiverdecker?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini took his Mother, Anna Fiorini, along with Doris Ring, to the Studebaker Dealership?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini's Mother, Anna Fiorini, purchased a car from Tom Shiverdecker and the Studebaker Dealership that day?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring purchased a car from Tom Shiverdecker and the Studebaker Dealership that day?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring purchased her car, 100% on her own free will?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring purchased her new car through her personally submitted financial statements, per application and personal signature for her loan application, submitted to the Dealership, GMAC, and/or the lending institution?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring was elated over the purchase of her new Buick?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring was desperate to rid herself of her older dilapidated vehicle which had multiple mechanical problems as well as dysfunctional windows, dysfunctional air conditioning, and a less than aesthetic appearance?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring told Mr. Fiorini that she was thrilled to get rid of the car for $500?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the purchase of Doris Ring's car had absolutely nothing to do with Mr. Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini has never entered into a contractual agreement regarding the purchase of an automobile with Doris Ring?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini has entered into contractual agreements with Doris Ring, in the past which have been satisfied in whole?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini has received a personal loan from Doris Ring that Mr. Fiorini has made efforts to the best of his ability to fulfill?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring has acknowledged Mr. Fiorini's efforts to fulfill his obligation under the circumstances?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring and Mr. Fiorini committed no wrongdoing by entering into an agreement with each other?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Anna Fiorini is happy with the automobile that she purchased from the Studebaker Dealership?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring bought her car herself and Mr. Fiorini did not buy a car for Doris Ring?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that The Studebaker Dealership gave rebate funds back to Doris Ring?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that it was a regular practice of Car Dealerships to offer incentives such as cash rebates to promote the sale of their automobiles?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Doris Ring financed her car's sales tax obligation with the lending institution so that she would not have to produce additional out of pocket monies?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Anna Fiorini financed her car's sales tax obligation with the lending institution so that she would not have to produce additional out of pocket monies?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that financing a car's sales tax obligation with the lending institution is a common business practice amongst car dealerships?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Tom Shiverdecker recommended to Anna Fiorini and Doris Ring that financing their sales tax obligation would save them out of pocket expenses?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Anna Fiorini and Doris Ring both responded that yes indeed they would like to finance their sales tax rather than come up with additional down payment(out of pocket expenses)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Anna Fiorini and Doris Ring executed their car purchases at the same table, simultaneously with Tom Shiverdecker?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Anna Fiorini and Doris Ring entered into their contractual agreements with The Studebaker Dealership for the purpose of purchasing their automobiles and both received checks back for the tax obligation that they had financed and for the manufacturers rebate that was offered as an incentive to purchase?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Mr. Fiorini was excited that his Mother, Anna Fiorini and Doris Ring were able to purchase safe and reliable transportation without major out of pocket expenses?

If no answer is forthcoming, **the default answer is** yes it is true.

If no answer is forthcoming, **the default answer is yes it is true.**

Isn't it true that Fiorini has no knowledge of carrying on of an unlawful activity?

If no answer is forthcoming, **the default answer is yes it is true.**

Isn't it true that Fiorini has no intent to promote or be associated with any illegal activity?

If no answer is forthcoming, **the default answer is yes it is true.**

Isn't it true that Fiorini has no knowledge of, any intent to conduct him in any type of action that would violate any Section of any of the Internal Revenue Code of 1986 such as section 7201 or 7206 or any other unlawful activity?

If no answer is forthcoming, **the default answer is yes it is true.**

Isn't it true that Fiorini has not created or devised a transaction designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of any unlawful activity?

If no answer is forthcoming, **the default answer is true.**

Isn't it true that Fiorini has not devised in whole or in part to avoid any transaction-reporting requirement under State or Federal law?

If no answer is forthcoming, **the default answer is true.**

Isn't it true that Fiorini has not transported, transmitted, transferred, attempted to transfer, transfer, transport, or transmit a monetary instrument or fund from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States with the intent to promote the carrying on of any unlawful activity?

If no answer is forthcoming, **the default answer is true.**

Isn't it true that Fiorini has not transferred, transmitted, transferred or attempted the transfer, transport, or transmission of monetary funds from a place in the United States to a place outside the United States or a place outside of the United States to a place inside of the U.S. with knowledge of monetary instruments of funds involved to be the proceeds of any type of unlawful activity?

If no answer is forthcoming, **the default answer is yes it is true.**

Isn't it true that Fiorini has not transferred, transmitted, transported, or attempted to transfer, transmit, or transport a monetary instrument or funds from a place in the United

States to or through a place outside of the United States for the purpose of disguising, concealing, the nature, location, source, ownership, or proceeds of any unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not participated in any transfer, transport, transmit or attempt there of either in or out, or out or in, or through the United States or through or from a place outside of the United States for the purpose of avoiding the transactions reporting requirements under State or Federal Law or with the knowledge or intent of any monetary instruments or funds involved in the transportation, transmission, or transfer representing the proceeds of any specified unlawful activity.

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has knowledge that no law enforcement officer has established by proof, that Fiorini has any knowledge of any proceeds, of any specified unlawful activity used as monetary instruments or funds, involved in any transportation, transmission, or transfer, designed in whole or in part, for the purpose and intention to conceal or disguise, the nature, the location, the source, the ownership or the control of the proceeds of specified unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no law enforcement officers that have established with proof that Fiorini acted with intent to avoid any transaction – reporting requirement under State or Federal Law?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no other law enforcement officer has established by proof that Fiorini knew of monetary instruments or funds involved in transportation, transmission, or transfer, which represent proceeds from some form of unlawful activity

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini did not have any contact with law enforcement officers who subsequently did not have any connections with knowledge or intent that Fiorini acted with intent and knowledge for the purpose of carrying out any specified unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no law enforcement officer knows of or has established by proof that Fiorini acted with knowledge or intent of transfer, transmission, transport, of proceeds of any unlawful activity for the purpose of concealing, disguising, the location, the source,

the ownership, or the control of proceeds of any unlawful activity or for the purpose of avoiding a transaction reporting requirement under State or Federal Law?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no law enforcement officer has established by proof that Fiorini knew of monetary instruments or funds involved in transportation, transmission or transfer, which represent proceeds from some form of unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no law enforcement officer has knowledge of any intent or knowing that Fiorini acted with intent to promote the carrying on of specified unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no officer of the law knows of or has established by proof that Fiorini acted with knowledge or intent of transfer, transmission, transport of proceeds, of any unlawful activity for the purpose of concealing, disguising, the location, the source, the ownership, or the control of proceeds of any unlawful activity or for the purpose of avoiding a transaction reporting requirement under State or Federal Law?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no law officer has heard subsequent statements from Fiorini or observed any actions from Fiorini that would lead any officer to have any knowledge or opinion that Fiorini believed that he did know of any funds, created from any unlawful activity, which were used in transfer, transmission, transport, from a place in the United States, to or through a place outside the United States, or to a place in the Unites States from any place outside the United State or to believe that Fiorini had any knowledge or intent of carrying on or promoting any unlawful activity?.

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no law enforcement officer has heard any subsequent statements or observed or has knowledge of any actions, of Fiorini, that would indicate that Fiorini believes that he knew of any proceeds or funds, created from any unlawful activity or any type of transfer of illegal funds were knowingly or with intent, used to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of a specified unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no law enforcement officer has heard any subsequent statements from Fiorini or actions of Fiorini that would indicate that Fiorini, had belief, knowledge or intent to avoid a transaction reporting requirement under State or Federal Law?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not conspired to commit any offense involving the use of a financial institution, engaged in the activities, which affect interstate or foreign commerce in any way or degree?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not conspired to commit any offense involving the movement of funds by wire or other means?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not conspired to procure proceeds from any unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not conspired to create any unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not conducted or attempted to conduct a financial transaction with proceeds known to be from specified unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true..

Isn't it true that Fiorini has not conducted or attempted to conduct a financial transaction with proceeds known to be from specified unlawful activity with the intent to evade taxes?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not transported or attempted to transport any monetary instruments or funds, to or from, the United States with the intent to promote or carry on a specified unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not conducted or attempted to conduct any financial transaction involving property a law enforcement officer represents to be the proceeds of specified unlawful activity or property used to conduct or facilitate specified unlawful activity with the intent to promote the carrying on of specified unlawful activity; to conceal or disguise the nature of the property believed to be the proceeds of specified unlawful activity; or to avoid a state or federal transaction reporting?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not structured any transaction to avoid reporting requirements under State or Federal Laws?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not engaged in, or had intent to, or knowingly engaged in, any monetary transaction involving property valued at more than $10,000.00 that was derived from specified unlawful activity?

If no answer is forthcoming **the default answer is** yes it is true.

Isn't it true that Fiorini has not engaged in or conspired to engage in any type of "money laundering "act?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has no knowledge of or intent to participate in any type of money laundering act with funds derived from specified unlawful activity or lawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not paid any subcontractor, cuts or fees, to participate in any type of money laundering act in violation of State or Federal Laws?

If no answer is forthcoming, **the default answer is** yes it s true.

Isn't it true that Fiorini has not constructed a "Ponzi" or an illegal "pyramid" type scheme?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not constructed any type of unlawful scheme with the intent to defraud anyone of anything?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has no connections with any type of illegal scheme?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has no connection with any illegal scheme which uses the mails and interstate wires?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not obtained property or monies derived from, traceable to, or constituting the proceeds of mail fraud, wire fraud, or money laundering?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not violated federal money laundering statues, 18 U.S.C.- 1956 or 1957?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has derived no proceeds from any illegal scheme?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not knowingly or with intent violated any criminal statues?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not knowingly or with intent violated any State or Federal Laws?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not knowingly or with intent violated any Securities Laws?

If no answer is forthcoming, **the default answer is** yes it is true

Isn't it true that Fiorini has not knowingly or with intent violated any Insurance Laws as governed by the State of Ohio?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not committed any offense of any kind which would substantiate the probability that the United States Government will prevail on the issue of forfeiture?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has no intent to destroy lawfully obtained property?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini prays to the Court that the hardships inflicted on all parties involved with the lawful activity known as Fiorini, I.G. W Trust, or Fiorini Agency,

now and in the near future, far outweigh the need of the court to preserve the availability of the property?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini offers real products, services and benefits which would be purchased and utilized regardless of there being an additional way to earn money and is in no way a form of illegal pyramid or "Ponzi" scheme?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini affirms to the Court and all parties involved that the U.S Government and Economy will benefit by value brought forth by the legitimate Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not procured any monies or properties constituting, or derived from, proceeds obtained directly or indirectly as a result of violation of 1341, 1343, 1956, and 1957, of 18 U.S.C. as specified in Section 982 of U.S.C.?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not conspired to violate section 1341, 1343, 1956, and 1957, of 18U.S.C?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not been convicted of violation or conspiracy to violate section 1341, 1343, 1956 or 1957 of U.S.C.?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini possesses no property, real or personal, tangible or intangible, which is or was obtained directly or indirectly, as a result of such offense as a violation of 18 U.S.C. 1341, 1343, 1956 or 1957?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini possesses no property as a result of any offense, violation, mail fraud, wire fraud, money laundering, scheme, fraud, embezzlement, or any other unlawful activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini possesses no property or monies available for criminal forfeitures designed to capture properties constituting or derived from criminal violations directly or indirectly as specified in U.S.C 982?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not committed or conspired for the purpose of executing or attempting to execute any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent statements, pretenses, representations, or promises?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that all gross receipts, relating to accounts held in connection with Fiorini, were obtained through lawful activity and are not in violation of any statue therefore are not qualified for forfeiture capturing?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not engaged in or conspired to engage in any unlawful telemarketing as defined in 18 U.S.C. Section 2325?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the assets that were seized from Fiorini were legitimate assets belonging to a legitimate business?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the property and monies involved that were seized from Fiorini were not derived from, traceable to, or constituting the proceeds of mail fraud, wire fraud, or money laundering or any other unlawful activity and need to be returned and restored to Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not committed any crime or private or public wrong doing with intent or by negligence, against persons or their property?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's Complaint against "Fiorini "?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's Summary?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim of Jurisdiction?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's" Statement of Facts"?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's, investigation of Fiorini and The Fiorini Agency under allegations that Fiorini was involved in the promotion of fraudulent investments?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's, claim that he was operating a "Ponzi" scheme?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's, claim that Fiorini made payments to subsequent investors solely with funds from earlier investors?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini used his clients' funds in a non discriminatory manner?

If no answer is forthcoming, **the default answer is** yes this is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini did not protect his clients' monies?

If no answer is forthcoming, **the default answer is** yes this is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini did not guarantee the principal?

If no answer is forthcoming, **the default answer is** yes this is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini did not invest legitimately?

If no answer is forthcoming, **the default answer is** yes this is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that," The 10% Income plus Plan" was a high risk investment vehicle?

If no answer is forthcoming, the **default answer is** yes this is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that, "The10% Income plus Plan" was fraudulent in its guarantee of principal and interest?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he had no ability to make good on his contracts?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini did not take precautions with his clients and their monies?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini can not correspond with his clients by sending a letter via the U.S. mail to their residence and enclosing his business card?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he intentionally omitted or withheld information from his tax preparer?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini knowingly and/or intended to commit tax evasion?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini subscribed a tax return that he did not know to be true and correct?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini's United States Income Tax Return was not true or correct?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini failed to disclose deposits?

If no answer is forthcoming, **the default answer is** yes this is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini committed perjury by subscribing his United States form 1040 Income Tax return?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini should be a defendant in a case perpetrated upon him by The United States Government?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini's client's monies were income to him?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini knew and/or believed that his clients' monies were to be claimed to be so called" taxable income" when in fact clients' monies, were  just in fact, just his clients monies and in no way were ever thought of as income to the Defendant.

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Plaintiff's comparison of Fiorini to Devours is inapposite?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not an embezzler, with or without exhausted funds, has not stolen funds, and is not guilty of acts of fraud or deceit?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini did not endanger by fraud, any money?

If no answer is forthcoming, **the default answer is** yes it is true?

Isn't it true that Fiorini did not endanger by fraud, any victims money, place any property at risk, place any property of innocent victims at risk, or participate in any criminal activities?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini did not create any intended victim, create any intended loss, place any money or property at risk by misappropriating and is not the author of an unlawful scheme with or without intentions that anyone might loose anything?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini, did not impose a loss on his employer, is not an embezzler with intent to impose a loss on his employer, and is not an embezzler with intent to use the money to gamble and win and thus be able to replace every penny he had taken?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not an embezzler who is simply caught before he had a chance to gamble with any of the money and therefore every cent can be recovered?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not an embezzler no matter how golden his intentions or how happy the consequences?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not a swindler, and was not cheating or defrauding individuals of money or property as written in the definition of swindler?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not a swindler, not a swindler who actually pays large returns, not a swindler who actually pays the promised return on the initial investment for the purpose of attracting additional investors, or a swindler who makes payments solely from the corpus of new investments?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is not a swindler, not a swindler with intent or desire to abscond, not a swindler who takes an appropriate time to abscond with the outstanding investments, and has not represented any profits to promote any unlawful scheme?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not sent or received any wire transfers for the purpose of promoting any type of unlawful scheme and is not guilty of wire fraud, aiding and abetting, or committing any crime or wrongdoing that occasioned a loss of any kind?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini did not sign fraudulent receipt-of-funds letters on behalf of an Investment Brokerage Firm, did not violate S.E.C. Regulations, and did not sign "receipt-of –funds" letters that he was not authorized to do?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini did not open a bank account for the purpose of misleading foreign investors to wire monies into an account that they thought would be backed by a major Investment Brokerage?

If no answer is forthcoming, **the default answer** is yes it is true.

Isn't it true that Reed's Law proves the creation of new wealth and value through gateway partnerships among net communities of value?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that that Fiorini is not an unlawful schemer who initially risks every penny with no guarantee of any return?

If no answer is forthcoming, **the default answer** is yes it is true.

Isn't it true that Fiorini has incorporated sufficient anti-saturation policies?

If no answer is forthcoming, **the default answer** is yes it is true.

Isn't it true that Fiorini has employed ethical business practices and has a solid history of honoring on time all of their contractual commitments?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that there exists no evidence of public wrong committed by Fiorini which would provide the degree of proof, or burden of proof, necessary and beyond a reasonable doubt, necessary for a criminal conviction?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that there exists no evidence of private wrong committed by Fiorini which would provide the degree of proof, or preponderance of evidence, necessary for a civil suit against Fiorini to be successful?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that there exists no evidence against Fiorini that would be necessary for a criminal prosecution requiring proof of guilt beyond a reasonable doubt, to be successful?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true there is no factual basis, probable cause, or reasonable grounds to believe that Fiorini committed any tort or crime?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that there is no factual basis, probable cause, or reasonable grounds to believe that Fiorini committed any crime against: a person, the general public, the home, or other property?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that there is no factual basis, probable cause, or reasonable grounds to believe that Fiorini committed any crime, which must include a criminal act (actus reus) and criminal intent (mens rea)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the fundamental premise of our criminal justice system is that it is "far worse to convict one innocent person than to let many guilty people go free"?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has been violated under guarantees provided in The Fourth Amendment, which protects against unreasonable searches, which also require probable cause?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that there is no probable cause, factual basis, or reasonable grounds to case law exceptions relating to search warrants requirements such as:" hot pursuit" of a suspect, evidence in plain view or about to be destroyed, searches of arrested persons, and good faith police behavior, that apply to Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini has not committed any statutory offenses or crimes per se, with the mens rea requirement presumed or eliminated?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini, his family and agency are victims of intentional torts and negligence, causing them suffered harm and damages?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini is a victim of criminal fraud and deceit, serving the purpose of depriving him of his property and other rights?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini, his family and agency are victims of negligence torts consisting of duty, breach, causation, and damages?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Government attempted to force Fiorini, under Duress, to agree to a plea bargain if he would lie to the Court and say that he was guilty?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that if Fiorini was forced to lie to the court then he would be committing a crime?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to being forced to commit a crime when he in fact has not committed any crime?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS and refuses to commit any crime including Perjury?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he was involved in fraudulent activities totaling more than $10,000,000.00 and/or involved in any fraudulent activity?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he abused any position of trust?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he intentionally targeted vulnerable victims?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he abused a leadership role in the activities of others?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim to pursue charges against his wife and immediate family members if he does not accept the fraudulent Plea Agreement proposed by the Plaintiff?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's threats that he will be given maximum sentencing enhancements if he does not accept the Plea Agreement?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he did not completely disclose his financial situation to the United States Pretrial Services Department?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's objection that he makes payments to individuals in good faith?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he accepts responsibility for crimes that he did not commit?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he took a job selling coral calcium for the purpose of "proving he'd gone straight"?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he launched a fraudulent car-buying scheme?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he participated in any unlawful scheme during the summer while free on bond?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that his bond be revoked?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he is guilty of 79 counts of fraud, money laundering and income tax evasion?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that his earnings of $160,000.00 through GMNV Corp. was a false statement?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he committed any crimes while free on bond?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he had violated travel restrictions?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he violated any rule or regulation listed under U.S.C. 2314 Interstate Transportation?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he was involved in Interstate Transportation of Stolen Property?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that the purpose of the lawful contractual agreements between Fiorini and his clients was to defraud them?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that the purpose of the lawful contractual agreements between Fiorini and his clients was to convert funds?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that lawful contractual agreements between parties constitute the existence of investment offerings?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he knowingly or with intent mislead parties who mutually entered into lawful contractual agreements together?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini falsely stated the existence of an investment offering when in fact the agreements were contractual?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that Fiorini misrepresented the use of his client's money?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he made false promises?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he misrepresented the intended use of consideration monies that were part of said lawful contractual agreements?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he was not assured of his ability to enter into lawfully and mutually agreed upon contracts with consenting mutual parties and perform them in good faith?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he failed to disclose information to the parties entered together in their mutually agreed upon contracts?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that assets were purchased for the purpose of enriching himself, family members and friends rather than for the purpose of making good of the lawful contractual agreements entered together by mutually consenting parties?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that the need of a witness signature was mandatory and/or forged when in fact the signature of a witness is not required by law in connection with the mutual notes executed between parties?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he lulled parties into mutually consenting contractual agreements?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he utilized non-existent account statements?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's objection that he made good on his contractual agreements by making interest payments?
If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he allowed account withdrawals for any non lawful purpose?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he is not permitted to enter into contractual agreements with mutual consenting parties when in fact he is guaranteed that right through rights granted by The United States Constitution?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he can not enter into a mutual promissory note with parties, when in fact it is his right to do so?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he opened any unlawful bank accounts?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he" executed any scheme or artifice to defraud and to obtain securities and money by means of false and fraudulent

pretenses, representations, promises, and omissions of material facts and attempting to do so, unlawfully transported and transferred in interstate commerce, securities and money of the value of $5,000 or more, knowing the same to have been taken by fraud, that is, the defendant caused to be transported and transferred in interstate commerce: securities and money received from listed investors in Cincinnati, Ohio to Merchants Bank and Trust, West Harrison, Indiana, checking account #302414 on the dates and on the amounts, as listed in violation of Title 18, United States Code, Section 2314"?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to COUNTS 1-37(Interstate Transportation of Stolen Property)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he opened accounts at financial institutions and deposited funds received from clients as part of a scheme or artifice to defraud?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to COUNTS 38-52(Mail Fraud)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to COUNTS 53-56(Wire Fraud)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to COUNTS 57-61(Money Laundering)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to Plaintiff's claim that he violated any act specified in and/or in violation of 18U.S.C.1956(a0(1)(A)(i) and 18 U.S.C.1956(a)(1)(B)(i)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to COUNTS 62-67(Money Laundering-Engaging in Monetary Transactions)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to Sections A through C of Counts 1-37 being re-alleged and reincorporated by reference as though set forth in full herein under COUNTS 38-52?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to Sections A through C of Counts 1-37 being hereby re-alleged and reincorporated by reference as though set forth in full herein under COUNTS 53-56?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to Sections A through C of Counts 1-37 being hereby re-alleged and reincorporated by reference as though set forth in full herein under COUNTS 57-61?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to Sections A through C of Counts 1-37 being hereby re-alleged and reincorporated by reference as though set forth in full herein under COUNTS 62-77?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to Plaintiff's claim that he "knowingly engaged in and attempted to engage in monetary transactions, by or through or to financial institutions affecting interstate commerce as described below, in criminally derived property of a value greater than $10,000.00, such property having been derived from a specified unlawful activity, that is, mail fraud, in violation of 18 U.S.C. 1341 and/or interstate transportation of property acquired by fraud, in violation of 18 U.S.C. 2314"?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to Plaintiff's claim that he violated Title 18, United States Code Section 1957(a)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to Plaintiff's claim that he violated 26 U.S.C. 7206(1)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to COUNT 78(False Tax Return)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to COUNT 79(False Tax Return)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim that he shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property, including but not limited to, a money judgment for the amount of property involved?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of said lawful property in possession of Fiorini prior to any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of said 1987 Bitter Convertible 3.8(color-Pearl White Metallic) VIN#WBJ59218HS390570 prior to and without any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of the 1950 Bentley Mark VI Mulliner Parke Ward Cabriolet VIN#B47LFU(Color-Silver) prior to and without any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of the 1956 Ford pickup truck VIN#F10D6R18108 prior to and without any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of the 1960 Rolls Royce Silver Cloud II (Color-Dark Blue/Silver) prior to and without any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of the 1981 Rolls Royce Silver Cloud II(Color- Dark Blue/Silver)VIN#LSPA30 prior to and without any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of the 1979 Celebrity Boat VIN#MSN002038279 prior to and without any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of the 1973 Mercedes (Color- Brown) VIN#10704412007919 prior to and without any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of the 1978 Mercedes 450 SL VIN#10704412043244 prior to and without any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of the 450SL VIN#10704412043244 prior to and without any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's actions of seizing and disposing of the 1987 Chevrolet Corvette VIN#1G1YY2180H5127981 prior to and without any conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim to forfeiture actions of substitute property under U.S.C. Section 982(a) (1) for any such offense, as a result of any act or omission of the defendant prior to or without conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Court's order of forfeiture of any property of the Defendant pursuant to Title 18 U.S.C. Section 982 and 21U.S.C. Section 853 prior to or without conviction of Fiorini?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim to seize Real property known and numbered as 9393 Midnight Pass Road, Condo #405, Building B, Sarasota, Florida, with all appurtenances, improvements, and attachments thereon?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim to seize Real property known and numbered as 9393 Midnight Pass Road, Condo #P3, Building B, Sarasota Florida, with all appurtenances, improvements, and attachments thereon?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim to seize Real property known and numbered as 9393 Midnight Pass Road, Condo #802, Building B, Sarasota, Florida, with all appurtenances, improvements, and attachments thereon?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim to seize Real property known and numbered as 1704 Hidden Hills Road, #607, Gatlinburg, Tennessee, with all appurtenances, improvements, and attachments thereon?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim to seize Real property known and numbered as 2110 St. Leo Place, Cincinnati, Ohio, with all appurtenances, improvements, and attachments thereon?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim to seize Real property known and numbered as 5973 Oakapple Drive, Cincinnati, Ohio with all appurtenances, improvements, and attachments thereon?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim to seize Real property known and numbered as 3514 Boudinot Ave, Cincinnati Ohio, with all appurtenances, improvements, and attachments thereon?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the Plaintiff's claim to seize Real property known and numbered as 3392 Fiddlers Green Road, Cincinnati, Ohio, with all appurtenances, improvements, and attachments thereon?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that that Fiorini does not agree to forfeit to the United States, civilly and/or criminally, any of his assets?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini does not agree not to contest the administrative or judicial forfeiture of his assets?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini does not consent to the entry of judgments and orders of forfeiture of his assets?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to the United States request for any restoration of funds from forfeited assets in order to apply restoration ordered by the court?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini does not agree to waive constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini OBJECTS to forfeiture of his assets which does constitute an excessive fine and punishment as he has committed no wrongdoing?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Fiorini does not agree to pass clear title to his assets, which are legitimate assets obtained with legitimate funds to the United States?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that in The United States of America a business person who wishes to conduct business is not required to be licensed as a Professional Securities Broker-Dealer?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that in The United States of America a business professional is not required to be licensed as a Securities Broker- Dealer?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that in The United States of America a business professional that as part of their ethical business practices regularly enters into contractual relationships and contractual agreements is not required to be licensed and registered as a Securities Broker-Dealer?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the  products marketed by the Defendant do not constitute and are not implied or meant to be in any way a "legal offering" as defined by law or statute?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that products offered by the Defendant do not constitute any form of unlawful, unlicensed money-services business?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the products marketed by the Defendant are not described as an offering as described by The Securities Exchange Commission per rules and requirements for registration?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Internet markets and promotes activities of lawful business entities?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Marketing capabilities that fuel the Internet are the result of works recognized as The Nobel Prize winner in Economics?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that research proved that Three Hundred Billion Dollars per annum have been placed into start up businesses in America by "unknowns" who contribute for the purpose

of receiving a greater potential return than they would ever receive from any banking or insurance type investment, stock or mutual fund risk?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that research is documented that business start ups do no rely on conventional banking type financing?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that research documents that business start ups do not rely on traditional venture capital?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no individuals involved in the legally contractual agreements with the Defendant have lost any monies as a result of business as usual obligations always made in good faith?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Defendant's contractual agreements with clients have in no way violated any banking regulations?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that various individuals and corporations affiliated with the Defendant are not required to be registered in States where they do not deal in licensed securities?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that actions taken by the Plaintiff to shut down the legitimate business owned and operated by the Defendant was in violation of the law?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Defendant had no intent, word, deed or action to shut down and default in his commitments?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that The President of The United States has expressed his goal and desire to make people self sufficient and self sustaining?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no person, entity, or corporation has been made a victim by actions intended, inflicted or perpetrated by actions of the Defendant?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no person, entity or corporation has been a victim of intentional fraud perpetrated by the Defendant?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that no person, entity, or corporation has been a victim of "too great of return"?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that there is no definition legal or otherwise defining "what is too great"?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that there is no definition or opinion of "exorbitant" and what or why or how one might factor the fact of the matter, that one might receive a better return for one action versus another's return for a dissimilar or similar action?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that traditional money lenders and controllers do not want the public to be educated in the value of the "magic of compound interest"?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the rule of 72 is purposely not taught to students for the purpose of defrauding them of their potential for financial accomplishment?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the rule of 72 is purposely not taught to students for the sole benefit of traditional lending institutions?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that if persons understood the simple mathematical formula that would enable them an opportunity to achieve financial fulfillment through personal actions and contractual agreements that they entered into themselves, rather than lending every penny to traditional financial establishments and accepting a loosing return coupled with cost of living inflation, that they would do so if educated to the proven financial and

mathematical equations that would enhance their quality of life, enter into such contractual agreements?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that traditional lenders such as banking and insurance companies, well known as the richest entities in the world, do not want the general public to have the knowledge necessary to achieve gains for ones' self through contracts paying a superior return, because if the public acquired such knowledge they would never blindly lend their hard earned money to the traditional lenders who would reap themselves reap "exorbitant" sums and pay peanuts( even if lucky) in return to their "investors"?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Defendant's Mission Statement and Goals were to improve Quality of Life through an improved return?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Defendant did not violate his contractual agreements during business as usual prior to and before Defendant was personally violated by the Plaintiff?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Banking Community does not want the public to be knowledgeable regarding the subject of accumulating wealth?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Insurance Companies do not want any individual members of the general public to have the financial knowledge that has created their massive wealth?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that books, articles and documents have been written that expose the Securities Exchange Commission (S.E.C.) for operating illegal schemes to defraud the general public in connection with registering said Mutual Fund Families?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that books, articles and documents state that the Plaintiff is involved in illegal schemes and artifices to defraud known to the general public as loopholes written within the Social Security System?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Commission was erroneous in their actions of shutting down said lawful related operations concurring with Defendant's principal position of business?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that it is well documented that the Securities and Exchange Commission historically has shut down and seized entities that were in fact successful and making monies for the sole intent of seizing their assets, scrutinizing their abilities, talents and methodologies in order to STEAL their ideas, companies and assets for themselves?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that Internet Service providers may conduct business with lawful contractual companies who provide through agreements, products and services which then provide lawful product, services and benefits marketed over the internet?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Commissioner of the Dept. of Banking, Insurance, Securities, and Health Care Administration has acted erroneously in their efforts to not halt securities and banking violations accusing the lawful and legitimate business entities of the Defendant?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the Commissioner of The Dept. of Banking, Insurance, Securities and Health Care Administration should not have taken "quick action" in shutting down and perpetrating the seizures of a legitimate, lawful and viable business which was creating a positive impact on job creation and The United States Economy?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the State Department of Commerce, Division of Securities ("Division") regulates the securities industry within a given state and has no jurisdiction over contractual agreements entered into between mutually consenting parties?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that the "Division" reviews the activities of those persons and firms who offer or sell securities, including those who issue them and in that regard, have no jurisdiction over individuals or entities that simply enter into mutual contractual agreements with mutually consenting parties?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that said member of any mutually consenting agreement to any legal and binding mutually consenting contract is in no way said to be participating in a legal offering that is bound and governed by The Securities and Exchange Commission (S.E.C.)?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that any and all presentations, advertisements and/or marketing represented to any person by any person, granting truth in fact that they delivered said presentation in truth and fact as per documented contractual agreement, contracted between legal consenting adults who chose of their free will to enter into said agreements for the purpose of helping others obtain a higher quality of life, obtained through the magic of compound interest, education, digital technology, and a massive improvement in aggressive reduction of business overhead expenses?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that parties who have entered into mutual agreeing contractual agreements as per The United States Constitution have the right to enter into mutual contracts on their own free will without being persuaded to "invest?"

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that parties may enter into a mutual agreement without subjection to inference from The Securities and Exchange Commission that they were persuaded to invest in a contract that is not considered an investment under the Commission laws and/ or subjected to repeated harassment from Government agencies?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that parties may enter into a mutual contractual agreement with contractual consideration without entering into a S.E.C. specified "offering"?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that parties may enter into contracts without being subject to harassment by The Government who in fact is prematurely without knowledge of specific legal facts such as consideration involved in a given lawful contract and monies exchanged in said given contract versus Security Regulated Offerings which are governed by reason by the Securities and Exchange Commission and require investments?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that parties can agree to enter into mutually consenting agreements per The United States Constitution Article 1. Section 10, 1, "No State shall pass any bill of attainder ex post facto law, or law impairing the obligation of contracts."? Harassment

and interrogations of contracts in reference to the mutual agreements between Defendant and parties are hereby objected too!

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that The Defendant objects to Plaintiff's harassment and interrogatories in reference to the questioning of persons and/or entities related to Defendant in respect to inference that Defendant negotiated unopposed legal offerings, necessary to be regulated under the laws and regulations of the Securities and Exchange Commission rather than specify details of the clean cut contractual agreements that truly existed between Defendant and mutually consenting parties?

If no answer is forthcoming, **the default answer is** yes it is true.

I George J. Fiorini II am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts, I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within seven (7) days from receipt hereof,  providing me with your counter affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father, through the power and authority of the blood of his son be done on Earth as it is in Heaven.


       BE IT ACKNOWLEDGED, that George J. Fiorini, II, the
       Undersigned deponent, being of legal age does hereby depose and say under oath as follows (or as set forth on the signed addendum annexed and incorporated herein):


Witness my hand under the penalties of perjury this third day of November, 2003.


State of Ohio

County of Hamilton


       Then personally appeared


       Who acknowledged the foregoing, before me.


Notary Public

My Commission Expires:

ANN SPARKS
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 12-19-07

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon

Judge Weber and Daniel J. Pieschel this 26th day of April 2004.

George J. Fiorini, II, pro se
7641 Wesselman Road
Cleves, Ohio 45002
Ph. (513) 353-9797
Fax.(513) 353-9747