FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT

04 APR 28 PM 3:06

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. C-1-01-714 |
| Plaintiff, | |
| V. | JUDGE WEBER |
| George J. Fiorini, II, | |
| Affiant. | STATEMENTS OF FACTS |

Affidavit of George J. Fiorini, II

Being duly sworn, affiant states:

CLAIM, FOR THE TRUTH OF THE OATH IS WITH THE CLAIM OF THE FACTS

---

Isn't it true that George J. Fiorini let it be known that the Prosecutors have made harassments toward his family, friends, and his Pastor?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that George J. Fiorini has attached an affidavit from Julie Fletcher, stating that she never went to Richmond, Indiana, with George Fiorini to buy a car from the Studebaker Buick-Pontiac-GMC, Inc.?

If no answer is forthcoming, **the default answer is** yes it is true.

Isn't it true that George J. Fiorini has attached an affidavit from Anna L. Fiorini, stating that she has been frightened and harassed?

If no answer is forthcoming, **the default answer is** yes it is true.

Respectfully submitted,

*George J. Fiorini, II*
7641 Wesselman Road
Cleves, Ohio 45002

BE IT ACKNOWLEDGED, that George J. Fiorini, II the Undersigned deponent, being of legal age does hereby depose and say under oath as follows (or as set forth on the signed addendum annexed and incorporated herein):

Witness my hand under the penalties of perjury this the sixteenth day of March, 2004

State of Ohio

County of Hamilton

Then personally appeared

Who acknowledged the foregoing, before me

*Ann Sparks*
Notary Public

My Commission Expires:

ANN SPARKS
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 12-19-07

Miscellaneous Legal Forms

# Affidavit

State of _Ohio_
County of _Hamilton_

I, _Julie A Fletcher_, being of legal age, make the following statements and declare that, on my own personal knowledge, they are true:

_See Attached_

Signed under the penalty of perjury on _Jan 23_, 20_04_.

_Julie A Fletcher_
Signature

_Julie A Fletcher_
Name

On _January 23_, 20_04_, _Julie A Fletcher_ personally came before me and, being duly sworn, did state that she/he is the person described in the above document and that she/he signed the above document in my presence.

_Nancy L Walls_
Notary Public, In and for the County of _Hamilton_
State of _OHIO_
My commission expires:

**NANCY L. WALLS**
Notary Public, State of Ohio
My Commission Expires
July 23, 2007

December 1, 2003

Subject: George Fiorini

To Whom It May Concern:

    On Wednesday evening October 8, 2003 I received a phone call at home from Mike Agner.
    He stated that according to his records I had gone with George Fiorini to Richmond IN. and bought a car. I told Mr. Agner that, that was not true. I did not go with George to Richmond and I did not buy a car.
    George came by the church one day and told me about a vehicle he was buying. I asked George for an application. I filled out the application and I faxed it to the car Dealer. The Dealers name I don't remember.
    I received a phone call from the dealer with approval to purchase a car and receive the rebate to use. I had written down the name of the company but throw it away when I decided not to buy a vehicle.
    Mr Agner asked me if George had told me about the risk and I told Mr Agner yes, George explained the contract to me.
    I told Mr Agner I am a single mom and that I have enrolled my daughter into a christian school, so I didn't feel I could take the risk at this time. Mr Agner asked me what school and I told him Fellowship Community Christian School.
    He went over with me again the information I had given him and that ended the call.

Sincerely,

*Julie Fletcher*
Julie Fletcher

*Nancy L Walls*
NANCY L. WALLS
Notary Public, State of Ohio
My Commission Expires
July 23, 2007

March 15, 2004

Subject: George Fiorini

To Whom It May Concern:

    On Wednesday at 2:30 p.m., October 1, 2003, a man came to the front door of my house. I asked, "Can I help you?". He asked me if I was Anna Fiorini, and I said yes. He said he was from the Postal Service and asked if I was the owner of a Buick Rendezvous, I hesitated at first and said, "no comment." The man did not give me his name or showed any identification. He just stood and stared at me. I then said yes. He asked where the car was and I said it's not here. The man was not wearing a business uniform and his car had no business name on it. I was becoming afraid. He wanted to talk more about it and I said no and closed my door.

    This stressed me out the rest of the day and all evening. The next morning, October 2, 2003, I called the Westwood Post Office and spoke to a lady and told her what had happened. She was concerned for me and asked me to call Mr. Lakes, the Postal Inspector and gave me the phone number 684-8000, to call him.

    I called Mr. Lakes and told him what had happened. Mr. Lakes was very concerned for me and told me to call the police to make a report. Mr. Lakes said that I did the right thing by closing my door and not talking to such a person. Mr. Lakes said any person from the Postal Service must give their name and show identification. Mr. Lakes took my name and phone number and said he would call me back. I took Mr. Lakes advice to call the police to make a report. Mr. Lakes never did call me back.

    The same day, October 2, 2003, I called police officer Don Hattemaker at the Green Township Police Department because I know him. A lady in the office said she would have him call me. Since I didn't get a call back from him, I called again October 3, 2003, and asked for him. Chief of Police, Jim Suder, came to the phone. I told him why I was calling and what had happened October 1, 2003. He didn't care about my situation. Instead he made remarks about my son George Fiorini. He accused my son of having money to by a car, but no money to hire an attorney. I was hurt and insulted by him and was not given any help for the reason of my phone call.

    I decided to wait until Officer Don Hattemaker would return my phone call. He never did, because I found out later that he was ill.

    The more I thought about the comments Police Chief Suder said to me, the more I became upset, in addition to the fact that he did not help me.

    My son George did not buy a car for me or anyone else. I bought a car for me and my daughter-in-law Vicki Fiorini. She has always taken me any place I needed to go. When we were at the Buick dealer, the salesman, Mr. Tom Shiverdecker, was very helpful with me and my son George, in the selection for a car that would fit our needs. He showed us a used car the Buick Rendezvous, that I agreed to buy. Mr. Shiverdecker and my son George knew that the income arrangement with the Wellspring Company would bring in enough to me to give me the increase I needed to purchase the car.

    On Monday, October 6, 2003, I called 911 to report what had happened on Oct.1,2003. They sent out a lady, Officer Shannon Crone. I told her what had happened, and what Mr. Lakes told me to do, because if the man who came to my house was truly a Postal person, he would have given his name and identification, which he did not. I allowed her to use my phone. She made three phone calls. The last phone call she made was to Mr. Lakes. When she was finished talking to him, I asked Officer Shannon Crone what did Mr. Lakes have to say. She said Mr. Lakes told her that the Postal person did not have to give his name or identification. Officer Crone could see on my face that I was totally outraged over such a statement. I told her that Mr. Lakes told me just the opposite, because he was the one who advised me to call the police in the first place, due to the fact that the man did not give his name or identification. Officer Crone was also told that the

Postal person was there to ask about the Buick being involved in a car accident. I told her that was not true because the Buick was at my house the previous day, October 5, in perfect condition. It had not been in any accident or even near any accident.

After Officer Crone left my home, I personally called Mr. Lakes. I asked him if he had made a report of this incident. He said he did and that the Postal Service man was Mike Egner and gave me his phone number, 684-8000.

How ironic, this was the same phone number given to me when I first called for help on October 2, 2003. It is clear to see, when Mr. Lakes found out my undeserved harassment came from his own coworker, Mike Egner, Mr. Lakes laid aside his integrity and rightful concern to cover a wrong doing that was done against me.

On March 9, 2004, at 1pm, two men came to my house. They pounded on my front door, and then on my picture window, and then went around to the back of my house, came up on the back deck pounding on the sliding glass door. I was frightened to say the least. Then they drove away in a blue car. They left no identification. I considered to call 911, but I called my family instead, to see if they knew what was going on. I was unable to see who these men were. My family advised me not to open my door to anyone that I did not know.

On March 10, 2004, the same blue car pulled in my driveway at 1:15pm. This time I recognized the person, Mike Egner. I would not answer the door because of my past experience with him. Once again, he did not leave any notification. This prompted me to make these undeserved harassments known. I am a widow, living by myself, with a heart condition. I believe I'm being unduly harassed and it needs to stop.

Sincerely,

*Anna L. Fiorini*

Anna L. Fiorini

Respectfully submitted,

*Anna L. Fiorini*

Anna L. Fiorini
3392 Fiddlers Green Road
Cincinnati, Ohio 45248

BE IT ACKNOWLEDGED, that Anna L. Fiorini the Undersigned deponent, being of legal age does hereby depose and say under oath as follows (or as set forth on the signed addendum annexed and incorporated herein):

Witness my hand under the penalties of perjury this the sixteenth day of March, 2004

State of Ohio                              *Anna L. Fiorini*

County of Hamilton

    Then personally appeared

    Who acknowledged the foregoing, before me

    *Ann Sparks*

    Notary Public

    My Commission Expires:    ANN SPARKS
                                                NOTARY PUBLIC, STATE OF OHIO
                                                MY COMMISSION EXPIRES 12-19-07

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Judge Weber and Daniel J. Pieschel this 28th day of April 2004.

George J. Fiorini, II, pro se
7641 Wesselman Road
Cleves, Ohio 45002
Ph. (513) 353-9797
Fax. (513) 353-9747