FILED
JAMES BONINI
CLERK

04 APR 28 PM 3: 03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT

UNITED STATES OF AMERICA

    Plaintiff,

    V.

George J. Fiorini, II,

    Defendant.

CASE NO. C-1-01-714

JUDGE WEBER

**MOTION TO DISMISS**
**ORIGINAL CHARGES**
**DATED 05/07/03**
**79-COUNT INDICTMENT**

---

Comes now, George J. Fiorini, II, in propria persona.

I have granted No Waiver of my Rights to Competent Counsel or Speedy Trial.

The time period Assigned To Adjudicate My Case has come and gone.

I pray the Court to Dismiss My Case With Prejudice.

Respectfully submitted,

*[signature]*

George J. Fiorini, II, in propria persona
7641 Wesselman Rd.
Cleves, Ohio 45002
Ph. (513)-353-9797
Fax. (513)-353-9747

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Judge Weber and Daniel J. Pieschel this 28th day of April 2004.

George J. Fiorini, II, pro se
7641 Wesselman Road
Cleves, Ohio 45002
Ph. (513) 353-9797
Fax. (513) 353-9747