RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2001062923 1 PG
2001 MAY 07 04:09 PM
KAREN E. RUSHING
CLERK OF CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
CBETHEL  Receipt#042237
Doc Stamp-Deed: 1,050.00

Document Prepared By and Return to.
JULIE A. HORSTKAMP, ESQUIRE (ejf)
KIRK PINKERTON, P.A.
720 So. Orange Avenue
Sarasota, FL 34236

Parcel ID Number. **0131-13-1103**
Grantee #1 TIN
Grantee #2 TIN



# Warranty Deed

**This Indenture,** Made this **26th** day of **April** , 2001 A.D. **Between**
**VICKI G. FIORINI, a married woman,**

of the County of **Hamilton** , State of **Ohio** , grantor, and
**ROGER MARKET and VICKI MARKET, husband and wife,**

whose address is **3108 Riverview Drive, Eau Claire, WI 54703**

of the County of **Eau Claire** , State of **Wisconsin** , grantees.

**Witnesseth** that the GRANTOR, for and in consideration of the sum of
------------------------TEN DOLLARS ($10) ---------------------- DOLLARS,
and other good and valuable consideration to GRANTOR in hand paid by GRANTEES, the receipt whereof is hereby acknowledged, has
granted, bargained and sold to the said GRANTEES and GRANTEES' heirs, successors and assigns forever, the following described land, situate,
lying and being in the County of **Sarasota** State of **Florida** to wit:

An undivided one-half interest in Unit No. 802, Building B. THE
POINTE ON MIDNIGHT PASS, a Condominium, according to the Declaration
of Condominium, recorded in Official Records Book 1090, Pages 745 to
801, inclusive, and subsequent amendments thereto, and as per plat
thereof recorded in Condominium Book 8, Pages 45, 45A and 45B, of the
Public Records of Sarasota County, Florida.

Subject to the terms and conditions of the aforereferenced
Declaration of Condominium, and all amendments thereto; all valid
conditions, restrictions, limitations and easements of records, if
any, but this provision shall not operate to reimpose same; and taxes
subsequent to 2000.

Grantor warrants and covenants that neither Grantor nor Grantor's
family reside on the above-described property nor any property
adjacent thereto; the above-described property does not constitute
any part of Grantor's homestead under the laws of the State of
Florida.

and the grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

**In Witness Whereof,** the grantor has hereunto set her hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_Scott Brown_
Printed Name: Scott Brown
Witness

_Jennifer L Brown_
Printed Name: Jennifer L Brown
Witness

_Vicki G. Fiorini_ (Seal)
VICKI G. FIORINI
P O Address 7641 Westerman Hotel, Clyde, OH 45402

RAYMOND G. SAUER
Notary Public, State of Ohio
My Commission Expires July 7, 2004

**STATE OF OHIO**
**COUNTY OF HAMILTON**
The foregoing instrument was acknowledged before me that
VICKI G. FIORINI, a married woman

day of **April** , 2001 by

she is personally known to me or she has produced her **Ohio driver's license** as identification.

_Raymond G Sauer_
Printed Name:
Notary Public
My Commission Expires

**ATTACHMENT A**