AMENDED CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Default Judgment and Decree of Forfeiture was served this 20th day of May, 2004, electronically on: J. Robert Andrew, richjgoldberg@yahoo.com, Attorney for Roger and Vicki Market; and by regular U.S. Mail on: John M. Cloud, Rogers & Greenberg, LLP, 2160 Kettering Tower, Dayton, Ohio 45423, Attorney for Evelyn Schaefer; and Hal R. Arenstein, The Citadel, 114 East Eighth Street, Cincinnati, Ohio 45202, Attorney for George Fiorini. I further certify that a copy of the foregoing Motion for Default Judgment and Decree of Forfeiture was served this 25th day of May, 2004, by regular U.S. Mail on: George J. Fiorini, II, 7641 Wesselman Road, Cleves, Ohio 45002.

s/Kathleen M. Brinkman
KATHLEEN M. BRINKMAN (0016269)
Assistant United States Attorney