# **ATTACHMENT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:03-CR-68 |
| Plaintiff, | : | (J. Rose) |
| v. | : | |
| | : | |
| GEORGE J. FIORINI, II, | | **NOTICE OF CIVIL FORFEITURE** |
| | : | |
| Defendant. | | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff, United States of America, hereby gives notice that it does not intend to seek criminal forfeiture of any property named in the forfeiture allegation of the Superseding Indictment (Doc. 20) against which the United States obtains a judgment of forfeiture in its consolidated civil forfeiture action (1:01-CV-714).

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    *s/John M. DiPuccio*
    JOHN M. DIPUCCIO (0021133)
    Assistant United States Attorney
    Attorney for Plaintiff
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio  45202
    (513) 684-3711
    Fax:  (513) 684-2047
    John.DiPuccio @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Civil Forfeiture was served this 8th day of July, 2004, electronically on: Hal R. Arenstein, Attorney for Defendant George J. Fiorini, II.

*s/John M. DiPuccio*
JOHN M. DIPUCCIO (0021133)
Assistant United States Attorney