UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|     PLAINTIFF, : | CASE NO. 1:01cv714 |
| : | (consolidated with 1:01cv715 |
| V. : | and 1:01cv716) |
| : | |
| REAL PROPERTY KNOWN AND : | |
| NUMBERED AS 1704 HIDDEN HILLS : | SENIOR JUDGE WEBER |
| ROAD, NO. 607, GATLINBURG, SEVIER : | |
| COUNTY, TENNESSEE, WITH ALL : | |
| APPURTENANCES, IMPROVEMENTS, : | |
| AND ATTACHMENTS THEREON, et al. : | |
|     DEFENDANTS. : | |

**NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**

Pursuant to Local Rule 83.4(d), notice is hereby given that Donetta D. Wiethe, Assistant United States Attorney, is hereby substituted as Trial Attorney of Record in the within cause for the Plaintiff, United States of America, in the place and instead of Assistant United States Attorney, Kathleen M. Brinkman. This substitution is being made with the knowledge and consent of the Plaintiff.

                                        Respectfully submitted,

                                        GREGORY G. LOCKHART
                                        United States Attorney

| | |
|---|---|
| s/Kathleen M. Brinkman | s/Donetta D. Wiethe |
| KATHLEEN M. BRINKMAN (0016269) | DONETTA D. WIETHE (0028212) |
| Assistant United States Attorney | Assistant United States Attorney |
| Attorney for Plaintiff | Attorney for Plaintiff |
| 221 East Fourth Street, Suite 400 | 221 East Fourth Street, Suite 400 |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| (513) 684-3711 | (513) 684-3711 |
| Fax: (513) 684-6385 | Fax: (513) 684-6972 |
| Kathleen.Brinkman @usdoj.gov | Donetta.Wiethe @usdoj.gov |

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Substitution of Counsel of Record was served electronically upon: Richard Goldberg, at richgoldberg@yahoo.com; and regular U.S. Mail upon John Robert Andrews at 2662 Madison Road, Cincinnati, Ohio 45208, John Matthew Cloud, at 2160 Kettering Tower, Dayton, Ohio 45423, Paul E. Schwarz, P.O. Box 861, Covington, Kentucky, 41012-0861, and George Fiorini, II at 7641 Wesselman Road, Cincinnati, Ohio 45002 on this 20th day of October, 2004.

      s/Donetta D. Wiethe
      DONETTA D. WIETHE (0028212)
      Assistant United States Attorney