# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

---

USA,
      Plaintiff

      vs
                                 Case No. 1:01-cv-714-Weber-TSH
                                 (Weber, Sr. J.; Hogan, M. J.)

1704 Hidden Hills Road, et. al.,
      Defendants

---

## ORDER

---

    This matter is before the Court on plaintiff's motion to strike Statement of Facts or Deny Objections of George J. Fiorini, II and plaintiff's motion for forfeiture of property (Docs. 45 & 49), and the responsive pleadings thereto. (Docs. 46, 47, 48). In accordance with the District Court's July 30, 2004 Default Judgment Order, (Doc. 51), these motions are hereby DENIED AS MOOT.

Timothy S. Hogan
United States Magistrate Judge