

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

45400/9999

RTS
RETURN TO SENDER

☐ OTHER

A ☐ INSUFFICIENT ADDRESS
  ☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
  ☐ NOT DELIVERABLE AS ADDRESSED
S ☐ UNABLE TO FORWARD

Kenneth Curtis
4075 Twin Lakes Circle
Dayton, OH

**RECEIVED**

MAR 9 2005

JAMES BONINI, Clerk
CINCINNATI, OHIO

## Orders on Motions
1:01-cv-00714-HJW-TSH USA v. 1704 Hidden Hills Rd, et al

**U.S. District Court**

**Southern District of Ohio**

Notice of Electronic Filing

The following transaction was received from art, entered on 3/3/2005 at 1:30 PM EST and filed on 3/3/2005
**Case Name:**  USA v. 1704 Hidden Hills Rd, et al
**Case Number:**  1:01-cv-714
**Filer:**
**Document Number:** 58

**Docket Text:**
ORDER entered by Magistrate Judge Timothy S Hogan denying as moot [45] Plaintiff's Motion to Strike [51], and [49] Plaintiff's Motion for Forfeiture of Property in accordance with document [51]. (art, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=3/3/2005] [FileNumber=545625-0]
[a25d467fd1bf15e1d31b7540c8f10668bbc847719f0122935d6a904bc259b27a899d0
8c5bcdf315db7f9b27b47396957490c081f0f52374e2513da0783acea3b]]

**1:01-cv-714 Notice will be electronically mailed to:**

Richard Jay Goldberg   richjgoldberg@yahoo.com,

Donetta Donaldson Wiethe   donetta.wiethe@usdoj.gov,
karen.kruetzkamp@usdoj.gov;maryjo.massie@usdoj.gov;civ.ecfohscin@usdoj.gov;michelle.kamphaus@usdoj.gov;deborah.grimes@usdoj.gov

**1:01-cv-714 Notice will be delivered by other means to:**

John Robert Andrews
8310 Princeton-Glendale Road
West Chester, OH 45069

John Matthew Cloud
Snell, Rogers & Greenberg - 3
2160 Kettering Tower
Dayton, OH 45423

Janet Curtis
4075 Twin Lakes Circle
Dayton, OH

Kenneth Curtis
4075 Twin Lakes Circle
Dayton, OH

George J Fiorini, II
7641 Wesselman Road
Cleves, OH 45002

Paul E Schwarz
Adams Stepner Woltermann & Dusing
PO Box 861
40 W Pike Street
Covington, KY 41012-0861

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

USA,
    Plaintiff

vs

1704 Hidden Hills Road, et. al.,
    Defendants

Case No. 1:01-cv-714-Weber-TSH
(Weber, Sr. J.; Hogan, M. J.)

## ORDER

This matter is before the Court on plaintiff's motion to strike Statement of Facts or Deny Objections of George J. Fiorini, II and plaintiff's motion for forfeiture of property (Docs. 45 & 49), and the responsive pleadings thereto. (Docs. 46, 47, 48). In accordance with the District Court's July 30, 2004 Default Judgment Order, (Doc. 51), these motions are hereby DENIED AS MOOT.

Timothy S. Hogan
United States Magistrate Judge