IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :  Case No.: C-1-01-714

  Plaintiff,  :  ( Judge Herman J. Weber)

v.  :

1704 HIDDEN HILLS ROAD, et al  :
  Defendant

  :

**ORDER**

The Court having been notified by counsel for the Government that disposition of the above captioned case is complete hereby **ORDERS** that this case is Terminated from the active docket of this Court.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court